UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

Timothy Gamradt and Carla Gamradt, husband and wife,

Plaintiffs,

vs.

Federal Laboratories, Inc., Mace Securities International, and Defense Technology Corporation of America,

Defendants.

Court File: 02 CV 816 JMR/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiffs, Timothy Gamradt and Carla Gamradt, through their undersigned attorney, hereby stipulate to dismiss Defendant Mace Securities International from the above-entitled action, with prejudice and without costs or disbursements to either party.

Dated: May 14, 2003.

By: [signature]
Andrew Engebretson (#26797)
300 Beal Building
5 North Third Avenue West
Duluth, MN 55802
218.786.0565

*Attorney for Plaintiffs*

Dated: May 19, 2003.

**ABRAMS & SMITH, P.A.**

By: ______________________

Paul R. Smith, #181493
12th Floor, Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 342-2100

*Attorneys for Defendant Mace Securities International*

**ORDER**

Based upon the foregoing Stipulation of Dismissal, it is hereby ordered that Defendant Mace Securities International is hereby dismissed from the above-captioned case with prejudice and without costs to either party.

Dated this 27 day of May, 2003.

______________________
The Honorable James M. Rosenbaum