UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Timothy Gamradt and Carla Gamradt, husband and wife,

Plaintiffs,

vs.

Federal Laboratories, Inc., Mace Securities International, Defense Technology Corporation of America,

Defendants.

Case Number: 02 CV 816 JMR/RLE

---

**FEDERAL LABORATORIES, INC'S STIPULATION OF DISMISSAL**

---

The above-entitled action, having been fully comprised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice, and without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record against Federal Laboratories, Inc.

FILED JUN 13 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

Dated: 6 . 2, 2003.

Andrew Engebretson Law Offices

[signature]

Andrew Engebretson, I.D. 26797
Attorneys for Plaintiffs
300 Beal Building
6 North Third Avenue West
Duluth, Minnesota 55802
218-786-0565

Dated: 6/4, 2003.

Murnane, Conlin, White & Brandt, P.A.

[signature]

Steven J. Kirsch, I.D. #56121
Anissa M. Mediger, I.D. #0290439
Suite 1800 – 444 Cedar Street
St. Paul, Minnesota 55101
651-227-9411

## ORDER

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action against Federal Laboratories, Inc. be and the same is hereby dismissed with prejudice and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 11th, 2003

BY THE COURT:

Judge of District Court

Doc. Num. 551698