UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-917(JMR/RLE)

| | | |
|---|---|---|
| Timothy Gamradt et al. | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Defense Technology Corporation et al. | ) | |
| | ) | |

This matter is before the Court on plaintiff's motion regarding supplemental jurisdiction and motion for sanctions (Doc.# None).

The motions are hereby referred to the Honorable Raymond L. Erickson, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: June 24th, 2003

JAMES M. ROSENBAUM, United States Chief District Judge

FILED JUN 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________