UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Timothy Gamradt and
Carla Gamradt,

Plaintiffs,

vs. NOTICE OF HEARING

Defense Technology Corporation
of America,

Defendant. Civ. No. 02-816 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of July, 2003.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(B), and Order of Referral dated June 24, 2003, the Motions by the Plaintiffs regarding supplemental jurisdiction [Docket No. 39] and for sanctions [Docket No. 42] are set for Hearing before the undersigned on **Thursday, August 28, 2003, at 9:00 a.m.**, in Court Room 3, United States Courthouse, Duluth, Minnesota. The parties' attention is directed to LR7.1(b), Civil Motion Practice.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______