UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-816 (JMR/RLE)

| | | |
|---|---|---|
| Timothy Gamradt and Carla Gamradt | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Federal Laboratories et al. | ) | |

Plaintiffs move to vacate the judgment in favor of defendant Defense Technology Corporation of America pursuant to Rule 59(e). Local Rule 7.1(g) requires the consent of the Court before such a motion may be filed. Although no consent has been sought, the Court has reviewed the matter and finds no reason to vacate or otherwise alter its prior judgment. Accordingly, plaintiffs' motion [Docket No. 56] is denied.

IT IS SO ORDERED.

Dated: October 2nd, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED OCT - 7 2003
RICHARD ... CLERK
JUDGMENT ...
DEPUTY CL...