UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Timothy Gamradt and Carla Gamradt,

Plaintiffs,

v.

Defense Technology Corporation
Of America,

Defendants.

Case No. 02-816 (JMR/RLE)

NOTICE OF APPEAL

Notice is hereby given that Timothy Gamradt and Carla Gamradt, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 3rd day of September, 2003, the time for appeal from which was tolled, by the force and effect of Federal Rules of Appellate Procedure 4(a)(1)(4)(iv), until the 7th day of October, 2003, on which date the Court entered its Order denying the Plaintiffs' Motion for Relief under Rule 59(e) of the Federal Rules of Civil Procedure, which Motion had been served September 9, 2003, and filed in the Court on September 10, 2003.

Dated: October 23, 2003

ANDREW ENGEBRETSON #26797
300 Beal Building
5 North Third Avenue West
Duluth, MN 55802
(218) 786-0565

FILED OCT 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS mm

63

Richard D. Sletten, Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** October 28, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Jackie Mehl, Deputy Clerk

**In Re:** District Court Case No.: 02-CV-816 JMR/RLE
Eighth Circuit Case No.:
Case Title: Gamradt v. Federal Laboratories et al.

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
X Other:
- X The statutory filing fee has been paid, receipt # 500113370..
- ☐ The statutory filing fee has been waived:
  - ☐ USA filed appeal
  - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ____________

Modified 05/09/03