UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-816 (JMR/RLE)

| | | |
|---|---|---|
| Timothy Gamradt and Carla Gamradt | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Federal Laboratories et al. | ) | |

Judgment was entered in this case on September 2, 2003. On October 3, 2003, the Magistrate Judge issued a Report and Recommendation denying plaintiffs' pending motions to amend, to compel discovery, and for sanctions. On October 7, 2003, this Court denied plaintiffs' Rule 59(e) motion to vacate the September 2, 2003, judgment.

Accordingly, plaintiffs' pending motions are denied as moot.

IT IS SO ORDERED.

Dated: October 30th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED OCT 31 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS