# UNITED STATES DISTRICT COURT

## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

## TRANSMITTAL INFORMATION SHEET

**Date:** June 22, 2004

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Jackie Mehl, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 02-cv-816 JMR/RLE
Eighth Circuit Case No.:
Case Title: Gamradt v. Federal Laboratories, Inc.

---

TRANSMITTED HEREWITH:

: Original File(s), consisting of 2 file(s) and 1 expandable

9 Two certified copies, and one uncertified copy of updated docket sheet from

9 Designated Clerk's Record #

9 Other:

9 Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ________________________

Date Returned to USDC: ________________

Modified 05/09/03