02-816 JMR/RLE

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3658

| | | |
|---|---|---|
| Timothy Gamradt; Carla Gamradt,<br><br>Appellants,<br><br>vs.<br><br>Federal Laboratories, Inc.; Mace Securities International; Defense Technology Corporation of America,<br><br>Appellees. | * | Appeal from the United States District Court for the District of Minnesota |

JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

(5172-010199)

August 25, 2004

Order Entered in Accordance with Opinion

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
SEP 2 0 2004
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans