# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Timothy Gamradt and Carla Gamradt, husband and wife, | ) | COURT MINUTES - CIVIL<br>BEFORE: Raymond L. Erickson<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| | ) | Case No: Civ. 02-816(JMR/RLE) |
| v. | ) | Date: March 3, 2005 |
| | ) | Court Reporter: |
| Federal Laboratories, Inc., Mace Securities International, and Defense Technology Corporation of America, | ) | Time Commenced: 9:00 a.m.<br>Time Concluded: 9:15 a.m.<br>Time in Court: 0 Hours & 15 Minutes |
| Defendant. | | |

Hearing on: **Pretrial Conference**

APPEARANCES: Plaintiff:
Defendant:

PROCEEDINGS:

- ☒ Pretrial conference held.
- ☒ Dates discussed for the progression of the case.
- ☒ Written Order forthcoming.

s/Victoria L. Miller
Judicial Assistant