# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
MAR 28 PM 1:47
U.S. DIST. COURT DULUTH MN

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Civ. 02-816

## ECF Form
## Application to File Documents Conventionally

A party may conventionally file exhibits that cannot be converted to electronic form (e.g., video tape, audio tape, etc.) without seeking leave to do so. A party must file a Notification of Conventional Filing to indicate the item on record. If a party has a voluminous filing (eg. exhibits), they may seek leave of court to file the documents conventionally. A party may seek2 leave of the court to file documents such as exhibits conventionally. Parties should allow enough time **(5 days)** for the Judge to review the request to file conventionally, so that the filing may be done in a timely manner before the deadline. If approved, exhibits filed conventionally must be filed according to the ECF Procedures available on the court's website at:http://www.mnd.uscourts.gov/cmecf/index.htm.

**Filer's Name:** Andrew Engebretson
Attorney Bar ID: 26797
Address: 300 Beal Building
5 North 3rd Ave W, Duluth, MN 55802
Phone Number: 218-786-0565
E-Mail Address: englaw@msn.com
Item(s) wish to file conventionally (To ensure a timely response, please be very specific by including the format of the information, approximate number of pages, and why this information cannot be made available in electronic format):
We don't have the ability to scan documents, the exhibits are very voluminuous, exhibits will be posted separately, approximately 100 pages of material. We tried filing this application on-line but it wouldn't work.

If this request is approved, please follow the instructions in the ECF Procedure Guide for filing documents conventionally with the Clerk's Office.

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document under the Other Documents menu option.
Select "Application to File Conventionally" event.

SCANNED
U.S. DISTRICT COURT DULUTH