UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Timothy Gamradt and Carla Gamradt,
husband and wife,

Plaintiffs,

vs. ORDER

Federal Laboratories, Inc.;
Mace Securities International; and
Defense Technology Corporation
of America,

Defendants. Civ. No. 02-816 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

This matter came before the undersigned United States Magistrate Judge on the Plaintiffs' Application to File Documents Conventionally. See, Docket No. 77. According to the Application, the Plaintiffs intend to file approximately one hundred (100) pages of Exhibits in this case. The Plaintiffs are seeking permission to file those documents conventionally, rather than by using the Court's electronic case filing ("ECF") procedures.

The Plaintiffs claim that they "don't have the ability to scan documents," and that they have had difficulty filing other documents "on-line." They further contend

that they should be excused from the Court's ECF procedures, because the documents they intend to file are "very voluminous."

We find the Plaintiffs' arguments to be inadequate. If the Plaintiffs' counsel is finding it difficult to comply with the ECF procedures that are to be followed in this District, then counsel should contact the "Help Desk" provided by the Clerk of Court's Office, and seek further assistance, and perhaps further training. If the Plaintiffs' counsel does not have the equipment needed to scan documents, then counsel should seek assistance from a private contractor who can do the necessary scanning for the Plaintiffs.

Finally, we note that one hundred (100) pages of documents are not normally considered to be too "voluminous" to file electronically. The burden and expense of scanning that number of pages should not be much greater than the burden and expense of photocopying those pages so they could be filed and served conventionally. Accordingly, we deny the Plaintiffs' Application to File Documents Conventionally.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiffs' Application to File Documents Conventionally [Docket No. 77] is DENIED.

BY THE COURT:

Dated: April 1, 2005

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE