PACKET A

MN Lung Center record for visit of 09/30/2004

## History:

Timothy Damradt 10·26·6

Today's Date 9·30·04
Date Last Seen 12·11·03
Referring MD

Chief Complaint
*(All codes)*
RADS

**Medications**

Advair
~~Singulair~~
~~Zoloft for anxie~~
Ambien prn
1 mke

## History of Present Illness

with activity uses MaxAir
productive cough last 1½ mo's
Had course of Penicillin for oral abscess
cough improved

## Review of Systems

*("Problem Pertinent" for 992X2; "Extended" for 992X3; "Complete" for 992X4 and 992X5)*

Sinus Symptoms Yes or No

Cough Yes or No (Yes circled)

Sputum Yes or No — yellow – better

Wheezing Yes or No (No circled)

Dyspnea Yes or No (Yes circled) — c̄ activity

Chest Pain Yes or No (No circled)

Fever, Chills Yes or No (No circled)

Hemoptysis Yes or No (No circled)

Nocturnal Yes or No (No circled)

Other Yes or No (No circled)

## Extended/Complete ROS

## Other History

*("Pertinent" for 992X3; "Complete" for 992X4 and 992X5)*

PMHx
Social Hx
Travel Hx
Family Hx

Height
Weight
Resp Rate
Pulse
BP

RN Signature

Minnesota Lung Center
500 Osborne Road Suite 100
Fridley, MN 55432

Name: Gamradt, Timothy
Gender: Male
Age: 36 Race: Caucasian
Height(in): 73 Weight(lb): 208
Any Info:

Id: 439257
Date: 09/30/04
Temp: 20 PBar: 731
Physician: STANG
Technician: Ted Catlin CRTT, RCP

| | | PRED | | PRE-RX BEST | PRE-RX %PRED | POST-RX BEST | POST-RX %PRED | % CHG |
|---|---|---|---|---|---|---|---|---|
| **Spirometry** | (BTPS) | Ref | | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
| FVC | Liters | 5.66 | | 3.00 | 53 | 4.15 | 73 | 38 |
| FEV1 | Liters | 4.30 | | 2.43 | 57 | 3.63 | 84 | 49 |
| FEV1/FVC | % | 76 | | 81 | | 88 | | |
| FEF25-75% | L/min | 259 | | 144 | 56 | 277 | 107 | 92 |
| PEF | L/min | 610 | | 349 | 57 | 482 | 79 | 38 |
| MVV | L/min | 181 | | | | | | |
| **Diffusion** | | | | | | | | |
| DLCO | | 32.1 | | 25.8 | 80 | | | |
| DL Adj | | 32.1 | | 25.8 | 80 | | | |
| DLCO/VA | | 4.29 | | 5.38 | 125 | | | |

2p Ventolin MDI

Nl diffusion

stable

moderate obstruction
Large bronchodilator response






## Physical Exam

### Exam

General

Head & Neck

Chest

Lungs CTA

RRR

Heart

Abdomen (-)

Extremities

Other

CXR
Findings

CT Scan
Findings

PFT's
Findings

Lab Data

Theophylline Level

ABG (date)

SaO2 -

Other

Outside Data Reviewed

### Assessment

RADS

SOB

Bronchospasm

### Differential Diagnosis

Phone Calls/Letters

### Treatment Options Discussed
(including risk of complications)

__Recommended tests/procedures

__Reviewed test results

__Prognosis reviewed

__Compliance stressed

### Treatments Given

__Neb

__Flu shot

__Pneumovax

__Other (List)

### Counselling

__Literature Given:

### Treatment Instructions

__Medications __CPAP equipment

__MDI technique __Home oxygen

__Spacer usage __Home nebulizer

__Peak flow meter __Other

### Plan

Add Spiriva to Singulair, Advair Maxair

F/U 3 mo's

MD Signature

MINNESOTA
LUNG
CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

MICHAEL D. ALTER, M.D.
THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
JOAN M. K. FOX, M.D.
JOSEPH L. GRAIF, M.D.
KATHY R. GROMER, M.D.
EVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

PENNY M. VAIL
ADMINISTRATOR

May 20, 2003

Andrew Engebretson
300 Beal Building
5 North 3rd Avenue W
Duluth, MN 55802

RE: Timothy Gamradt
DOB: 10/26/1967

Dear Mr. Engebretson:

You called my office today requesting an immediate report regarding some potentially toxic substances to which the above-captioned Mr. Gamradt, a patient of our medical group, was exposed in the workplace.

I am dictating this report in some haste and without access to his entire medical record. This puts me in a bit of a disadvantage because I examined him on only one occasion (January 8, 2003), when it was necessary to update his disability rating. Previously he had been seen by other doctors within our group, particularly by Dr. Ieva Grundmanis, who has since retired.

The material data safety sheet, which you sent to me, mentions three ingredients, zinc oxide, hexachloroethane, and aluminum powder. These together constitute a product called "Pyrotechnic Smoke #2." You have asked me to opine as to the toxicity of inhaling these substances "in any quantity." You also have asked if these chemicals, in the form of "black smoke" should be dispensed only out of doors.

I suspect that one could inhale modest quantities of the chemicals in "pyrotechnic smoke" individually or perhaps in combination without necessarily sustaining serious injury in all circumstances. The pointed issue, however, is that pyrotechnic smoke is not inhaled as a dry powder, but after it has been ignited. That, of course, is what happened to Mr. Gamradt who was, as I recall, trapped in a stairwell when a substance, apparently pyrotechnic smoke, was ignited as a "smoke bomb." He was unable to escape before inhaling substantial quantities of the material and he suffered very serious permanent lung injury as a result.

Without question, black smoke should not be dispensed where it can be inhaled by human beings and this would imply that discharging it indoors would be a greater hazard than discharging it out of doors.

You have asked if it is part of function of a pulmonary doctor to advise various users of substances such as this about "safe usage of toxic inhalants." It is certainly a part of the function of such specialists and it is also very much my opinion, to a reasonable degree of medical certainty, that any container containing these chemicals should be clearly labeled with a warning, which cautions that they not be dispensed in an enclosed area or, indeed, in any area where it is likely that the resulting smoke could be inhaled by anyone at all.

I hope this meets the needs of your current exigency. With a bit more time, I could supply you a more detailed analysis of this case. I have arranged that the recent and relevant medical records of Mr. Gamradt be sent to you by fax. These include his most recent pulmonary function measurements.

Very truly yours,

Thomas Mulrooney, M.D.
Dictated, but not read
TFM/RI283