PACKET B

MN Lung Center records of 03/01/01 through 01/08/03

# MINNESOTA LUNG CENTER, LTD
## MEDICATION LOG & REFILLS

** ALLERGY ALERTS: **

Flu Shot________
Flu Shot________
Flu Shot________
Pneumovac________

PATIENT Timothy L. Gamradt BIRTHDATE 10/26/67 (M) F

HOME PHONE (218) 384-9311 WORK PHONE (320) 245-2262 OTHER________

PHARMACY Family Sandstone PHONE 320 245 5500

PHARMACY________ PHONE________

PHARMACY________ PHONE________

| DATE | MEDICATION | DOSE | QTY | FRQ | REFILL INFO DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|
| 3/17/2002 | Singulair 10 | 1 | 30 | qd | x 1 year | | |
| 8/24/2001 | Maxair / ~~[illegible]~~ | | | x 5 | | | |
| ↓ | Serevent | | | ↓ | | | |
| ↓ | Flovent 220 | | | TMS | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NOTES:________

**History:**

Tim Gamradt

Today's Date 12-6-01
Date Last Seen 2-28-01
Referring MD Dr. S. Baker

Chief Complaint (All codes) Pulm F/up RADS

**Medications**

Maxair PRN (OD)
(Serevent
Flovent 220) 2p BID ? ADVAIR
Singulair OD

**History of Present Illness**

10 month pulm F/up - Here as routine F/up.
Had ↑ SOB c̄ snow storm → cold AIR is difficult.
Took maxair prior to going out.
→ Hasn't been doing any regular exercise.
Job is sit-down

Ø hospitalizations

**Review of Systems**
("Problem Pertinent" for 992X2; "Extended" for 992X3; "Complete" for 992X4 and 992X5)

| | |
|---|---|
| Sinus Symptoms Yes or No | ⊕ PND |
| Cough Yes or No | occasional (more x 2 wks) |
| Sputum Yes or No | sm amt yellow/green → probably PND |
| Wheezing Yes or No | only c̄ exertion |
| Dyspnea Yes or No | DOE or triggered by smoke - candles - cold |
| Chest Pain Yes or No | chest tightness c̄ activity |
| Fever, Chills Yes or No | not since prior to thanksgiving Ø fever |
| Hemoptysis Yes or No | Ø |
| Nocturnal Yes or No | Rotating shifts @ work → sleeps well. |
| Other Yes or No | Ø edema Ø reflux Appetite = good |

**Extended/Complete ROS**

Saw psych → was put on Prozac x 3 months → Ø help so stopped.

brought eleptical trainer @ home for exercise

**Other History**
("Pertinent" for 992X3; "Complete" for 992X4 and 992X5)

PMHx
Social Hx
Travel Hx
Family Hx

Height 75
Weight 220 ↓8# but waist larger.
Resp Rate 16
Pulse 88
BP 128/76

Dawn Olson RN
RN Signature

## Physical Exam

**Exam**

General: Alert no distress — dry cough c̄ PND & afternoon

Head & Neck: throat ✓ neck ✓ sinuses ✓ TMs.

Chest

Lungs: clear to A + P no wheeze small cough on forced exhalation

Heart: Hs reg no m or gallops

Abdomen

Extremities: neg.

Other

| | |
|---|---|
| CXR Findings | |
| CT Scan Findings | |
| PFT's Findings | restrictive pattern. mmm. |
| Lab Data | |
| Theophylline Level | |
| ABG (date) | |
| SaO2 | |
| Other | |

**Outside Data Reviewed**

**Assessment**

1 RADS syndrome

2 Restrictive pattern worse despite ↓ wt

**Differential Diagnosis**

**Phone Calls/Letters**

letter 12/7/01

**Treatment Options Discussed**
(Including risk of complications)

- __ Recommended tests/procedures
- ✓ Reviewed test results
- __ Prognosis reviewed
- ✓ Compliance stressed

**Treatments Given**

- __ Neb
- __ Flu shot
- __ Pneumovax
- __ Other (List)

**Counselling**

- __ Literature Given:

**Treatment Instructions**

- ✓ Medications
- __ CPAP equipment
- ✓ MDI technique (discussed)
- __ Home oxygen
- __ Spacer usage
- __ Home nebulizer
- __ Peak flow meter
- __ Other

**Plan**

rec Advair 500/50 i BID

Maxair ii q 4hrs PRN

Singulair 10mg daily

(HRCT scan of chest if restrictive pattern persists) — next visit

MD Signature [signature]

CONTINUATION SHEET

Tim Gamradt

Pt. Acct. 439257 Chart

Date 04/27/02

Caller PT 10:36 FRI 4/26

Time 1:44P

Re Patient GAMRADT,TIMOTHY L

DOB 10/26/67

Caller Ph. 218-384-9311

Dr. 0003 GRUNDMANIS MD,IEVA M
Pharmacy
Allergies

Name ARLEN

Message
2: REQUESTS CALL FROM ARLEN OR NURSE RE LAST VISIT BEING
SENT TO HIS REVIEWER REQUESTS CALL

4/30/02 L.M. for pt to call AN
5/1 pt called back 9⁰⁰ AM But I'm going out
5/1 13⁰⁰ left message again to call AN
5/2 LM 2¹⁶ ADH mailed 5/6/02 AN See note

5/3/02 Patient called – states he received checks in settlement of "maximum medical improvement" as rated By the Office of Labor, But no such statements in Chart or letter sent 12/6/01 letter to Dept of Labor + to client at his request. Advised follow up appt with Dr Storey as Dr Grundmanis on leave of Absence

A. Nemeth RN

Timothy Garmaker 10-26-67

**History:** Occupational Asthma

| | |
|---|---|
| Today's Date 10-30-02<br>Date Last Seen 12-10-01<br>Referring MD | **Chief Complaint** (All codes)<br>DOE |

**Medications**

Advair 500 BID
Singulair 10 qd
Maxair Autohaler pre exercise

**History of Present Illness**

Here as annual assessment for disability Review :)

Had some ↑ Sx when Advair Refilled ...

Current work @ Carleton County Jail (Jailhouse - ... in traffic

**Review of Systems**
("Problem Pertinent" for 992X2; "Extended" for 992X3; "Complete" for 992X4 and 992X5)

| | |
|---|---|
| Sinus Symptoms Yes or No | |
| Cough Yes or No | a little with recent Cold - Resolve |
| Sputum Yes or No | occaisy |
| Wheezing Yes or No | at times — No "Asthma attacks" for long time |
| Dyspnea Yes or No | DOE Most active Building loft But worked slowly |
| Chest Pain Yes or No | occais tightness |
| Fever, Chills Yes or No | No |
| Hemoptysis Yes or No | No |
| Nocturnal Yes or No | Sleep OK |
| Other Yes or No | Appetite OK. |

if ↑ Heart rate or wheeze will ↓ pace

**Extended/Complete ROS**

**Other History**
("Pertinent" for 992X3; "Complete" for 992X4 and 992X5)

PMHx
Social Hx
Travel Hx
Family Hx Son 4½ mo will possibly Have Surgery for Tetrology

Height
Weight 255 / 11
Resp Rate
Pulse 72
BP 130 / 128/72

Arlen Henrichs RN
RN Signature

## Physical Exam

### Exam

General ____

Head & Neck ____

Chest ____

Lungs clear

Heart ____

Abdomen ____

Extremities ____

Other ____

CXR
Findings

CT Scan
Findings

PFT's
Findings

Lab Data

Theophylline Level ____

ABG (date) ____

SaO2 ____

Other

### Assessment

history of "RADs"

### Outside Data Reviewed

### Differential Diagnosis

### Phone Calls/Letters

### Treatment Options Discussed
(including risk of complications)

✓ Recommended tests/procedures

✓ Reviewed test results

✓ Prognosis reviewed

__Compliance stressed

### Treatments Given

__Neb

__Flu shot

__Pneumovax

__Other (List)

### Counselling

__Literature Given:

### Treatment Instructions

__Medications

__MDI technique

__Spacer usage

__Peak flow meter

__CPAP equipment

__Home oxygen

__Home nebulizer

__Other

### Plan

refilled meds

MD Signature [signature]

Pulmonary Clamrade 10-20-67

## History:

Today's Date 11-26-02

Date Last Seen

Referring MD

**Chief Complaint**
*(All codes)*

Hx RADs

**Medications**

Advair 500/50 BID
Singulair 10 q day
Maxair PRN

**History of Present Illness**

Pulm F/U Here for letter re workmans comp
↑ chest tightness c̄ cold weather
↑ SOB c̄ cold air
Uses Maxair 2x day - prior to activity

**Review of Systems**
*("Problem Pertinent" for 992X2; "Extended" for 992X3; "Complete" for 992X4 and 992X5)*

| | |
|---|---|
| Sinus Symptoms Yes or No | ∅ |
| Cough Yes or No | ∅ |
| Sputum Yes or No | in AM clear throat |
| Wheezing Yes or No | occas c̄ activity |
| Dyspnea Yes or No | DOE c̄ rapid walk ∅ SOB @ rest |
| Chest Pain Yes or No | tightness c̄ cold air + strenous activity |
| Fever, Chills Yes or No | ∅ |
| Hemoptysis Yes or No | ∅ |
| Nocturnal Yes or No | ∅ SOB wake c̄ children, work odd shift, poor sleep |
| Other Yes or No | gd appetite; occas reflux; tr edema |

**Extended/Complete ROS**

5mo old son - congenital heart defect scheduled for SU

Refills given

**Other History**
*("Pertinent" for 992X3; "Complete" for 992X4 and 992X5)*

PMHx

Social Hx

Travel Hx

Family Hx

Height

Weight 219

Resp Rate 14

Pulse 68

BP 120/80

RN Signature [signature]

10-26-07

4/5/07 Pt primarily concerned letter dictating ... as well as attorney - States government not assuming any liability + feels insufficient data given - we gave website of Federal Form for forms used

http://nt5.scbbs.com/cgi-bin/om_isapi.dll?clientID

From US Labor Federal OWCP Part # claims state details awards of permanent disability

told client we would accept further inquiries in writing an encouraged Follow up Appts for Psy or any evaluations

[signature]

MINNESOTA LUNG CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

MICHAEL D. ALTER, M.D.
THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
JOAN M. K. FOX, M.D.
JOSEPH L. GRAIF, M.D.
KATHY R. GROMER, M.D.
EVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

PENNY M. VAIL
ADMINISTRATOR

January 8, 2003

Miles Maloney
Employment Standards Administration
Office of Workers Compensation Programs
Fax: 312-596-7145

RE: Timothy L. Gamradt
DOB: 10/26/1967
Case: 10-478170

Dear Mr. Maloney:

Mr. Gamradt is a patient who has been seen by several physicians in our group because of chronic respiratory disease, which has been attributed to an exposure to toxic substance in the workplace. You may recall that he was a peace officer who was trapped in confined quarters during a drill and was exposed to some type of smoke bomb. The injury occurred a couple of years ago, and his symptoms of cough and dyspnea have persisted ever since.

He was scheduled to see me on November 26, 2002, in order to arrive at a current disability rating. Pulmonary function measurements were made on November 26, 2002, and a copy of that report will be sent with this letter. The values of FEV1 and FVC obtained in these measurements are comparable to data obtained in our offices at other times over the last two years. Using these values of FEV1 and FVC and following the AMA Guides to Disability Determination (Volume V), Mr. Gamradt has a rating of Class III (26 to 50% impairment of the whole person). This rating results from consideration of overall symptoms and signs present in the patient, but is primarily determined by an FEV1 value which lies between 41 and 59% of predicted and an FVC value which lies between 51 and 59% of predicted. His diffusing capacity is actually at the lower end of the normal range, but that is irrelevant to the question at hand as the FEV1 and FVC values suffice for this rating.

In a letter from your office (November 13, 2002), we were asked also to estimate whether or not maximum medical improvement has occurred. On reviewing the records, it is quite clear that there has been no significant improvement over at least the last two years and symptoms, signs, and pulmonary function measurements, have all been quite stable. I take this as evidence that we have now arrived at maximum medical improvement and I would date that as of his examination here November 26, 2002.

I apologize for our tardiness in getting this information to you. Part of the problem derives from the unexpected illness of one of my partners who had been regularly seeing Mr. Gamradt, but who recently had to retire, leaving others of us unfamiliar with the patient and the necessary procedure for this determination.

If you have further questions about this individual, you may contact me at the address on this letterhead.

Very truly yours,

Thomas Mulrooney, M.D.
Dictated, but not read
TFM/RI283

Enc./Pulmonary function tests

Cc: Timothy Gamradt
1079 East County Road 102
Wrenshall, MN 55797

MINNESOTA LUNG CENTER
920 EAST 28TH STREET
MINNEAPOLIS, MN 55407
WOODBURY CLINIC

Name: Gamradt, Timothy
Gender: Male
Age: 35 Race: Caucasian
Height(in): 74 Weight(lb): 219
Any Info:

Id: 439257
Date: 11/26/02
Temp: 22 PBar: 745
Physician: MULROONEY, MD
Technician: MAYER, RRT,CPFT

| Spirometry | | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 5.84 | 3.02 | 52 | 2.46 | 42 | -19 |
| FEV1 | Liters | 4.43 | 2.60 | 59 | 2.11 | 48 | -19 |
| FEV1/FVC | % | 76 | 86 | | 86 | | |
| FEF25-75% | L/min | 265 | 194 | 73 | 172 | 65 | -11 |
| PEF | L/min | 627 | 420 | 67 | 377 | 60 | -10 |
| MVV | L/min | 185 | | | | | |
| **Lung Volumes** | | | | | | | |
| TLC | Liters | 7.99 | 4.55 | 57 | | | |
| RV | Liters | 2.22 | 1.53 | 69 | | | |
| RV/TLC | % | 29 | 34 | | | | |
| FRC PL | Liters | 4.09 | 2.06 | 50 | | | |
| VC | Liters | 5.84 | 3.02 | 52 | | | |
| Raw | cmH2O/L/sec | 1.06 | 3.46 | 325 | | | |
| Gaw | L/sec/cmH2O | 0.981 | 0.289 | 29 | | | |
| **Diffusion** | | | | | | | |
| DLCO | mL/mmHg/min | 33.5 | 24.4 | 73 | | | |
| DL Adj | mL/mmHg/min | 33.5 | 24.4 | 73 | | | |
| DLCO/VA | mL/mHg/min/L | 5.89 | 7.45 | 126 | | | |
| DL/VA Adj | mL/mHg/min/L | | 7.45 | | | | |
| VA | Liters | | 3.28 | | | | |
| **Max Pressures** | | | | | | | |
| PI max | cmH2O | 124 | 115 | 93 | | | |
| PE max | cmH2O | 232 | | | | | |




PRED___ PRE___ POST___

1.25mg Xopenex used for post test results.




Interpretation:

Minnesota Lung Center
920 E. 28th Street Suite 700
Minneapolis, MN 55407

| | |
|---|---|
| Name: Gamradt, Timothy | Id: 439257 |
| Gender: Male | Date: 10/30/02 |
| Age: 35 Race: Caucasian | Temp: 24 PBar: 749 |
| Height(in): 71 Weight(lb): 226 | Physician: Corson |
| Any Info: | Technician: Romano, RRT, CPFT |

| | | | PRE-RX | | POST-RX | | |
|---|---|---|---|---|---|---|---|
| **Spirometry** (BTPS) | | PRED | BEST | %PRED | BEST | %PRED | % Chg |
| FVC | Liters | 5.39 | 2.82 | 52 | | | |
| FEV1 | Liters | 4.15 | 2.38 | 57 | | | |
| FEV1/FVC | % | 77 | 84 | | | | |
| FEF25-75% | L/min | 257 | 166 | 65 | | | |
| PEF | L/min | 584 | 316 | 54 | | | |
| MVV | L/min | 175 | | | | | |
| **Lung Volumes** (BTPS) | | | | | | | |
| TLC | Liters | 7.27 | 4.09 | 56 | | | |
| VC | Liters | 5.39 | 2.82 | 52 | | | |
| RV | Liters | 2.02 | 1.27 | 63 | | | |
| RV/TLC | % | 29 | 31 | | | | |
| FRC N2 | Liters | 3.54 | 1.40 | 40 | | | |
| IC | Liters | 3.56 | 2.20 | 62 | | | |
| ERV | Liters | 1.78 | 0.14 | 8 | | | |
| **Diffusion** | | | | | | | |
| DLCO | mL/mmHg/min | 32.8 | 25.0 | 76 | | | |
| DL Adj | mL/mmHg/min | 32.8 | 25.0 | 76 | | | |
| DLCO/VA | mL/mHg/min/L | 4.43 | 7.52 | 170 | | | |
| DL/VA Adj | mL/mHg/min/L | | 7.52 | | | | |
| VA | Liters | | 3.33 | | | | |

99% @ rest RA

PRE___ POST___







) = OUTSIDE 95% CONFIDENCE INTERVAL    Norm Set: Morris/Polgar    Version: IVS-0101-04-4

**Minnesota Lung Center**
**920 E. 28th Street Suite 700**
**Minneapolis, MN 55407**

| | |
|---|---|
| Name: Gamradt, Timothy | Id: 439257 |
| Gender: Male | Date: 10/30/02 |
| Age: 35 Race: Caucasian | Temp: 24 PBar: 749 |
| Height(in): 71 Weight(lb): 226 | Physician: Corson |
| Any Info: | Technician: Romano, RRT, CPFT |

| | | | PRE-RX | | POST-RX | | |
|---|---|---|---|---|---|---|---|
| **Spirometry** (BTPS) | | PRED | BEST | %PRED | BEST | %PRED | % Chg |
| FVC | Liters | 5.39 | 2.82 | 52 | | | |
| FEV1 | Liters | 4.15 | 2.38 | 57 | | | |
| FEV1/FVC | % | 77 | 84 | | | | |
| FEF25-75% | L/min | 257 | 166 | 65 | | | |
| PEF | L/min | 584 | 316 | 54 | | | |
| MVV | L/min | 175 | | | | | |
| **Lung Volumes** (BTPS) | | | | | | | |
| TLC | Liters | 7.27 | 4.09 | 56 | | | |
| VC | Liters | 5.39 | 2.82 | 52 | | | |
| RV | Liters | 2.02 | 1.27 | 63 | | | |
| RV/TLC | % | 29 | 31 | | | | |
| FRC N2 | Liters | 3.54 | 1.40 | 40 | | | |
| IC | Liters | 3.56 | 2.20 | 62 | | | |
| ERV | Liters | 1.78 | 0.14 | 8 | | | |
| **Diffusion** | | | | | | | |
| DLCO | mL/mmHg/min | 32.8 | 25.0 | 76 | | | |
| DL Adj | mL/mmHg/min | 32.8 | 25.0 | 76 | | | |
| DLCO/VA | mL/mHg/min/L | 4.43 | 7.52 | 170 | | | |
| DL/VA Adj | mL/mHg/min/L | | 7.52 | | | | |
| VA | Liters | | 3.33 | | | | |

99% @ rest RA

PRE___ POST___







) = OUTSIDE 95% CONFIDENCE INTERVAL Norm Set: Morris/Polgar Version: IVS-0101-04-4

**Minnesota Lung Center**
**920 E. 28th Street Suite 700**
**Minneapolis, MN 55407**

Patient: Gamradt, Timothy
Gender: Male
Age: 34 Race: Caucasian
Height(in): 74 Weight(lb): 218
Any Info:

Id: 439257
Date: 12/06/01
Temp: 18 PBar: 728
Physician: GRUNDMANIS
Technician: SNewpower RRT

| | | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| ***Spirometry*** | | | | | | | |
| FVC | Liters | 5.86 | 3.41 | 58 | | | |
| FEV1 | Liters | 4.46 | 2.74 | 62 | | | |
| FEV1/FVC | % | 76 | 80 | | | | |
| FEF25-75% | L/min | 268 | 160 | 60 | | | |
| PEF | L/min | 629 | 427 | 68 | | | |
| MVV | L/min | 187 | | | | | |
| ***Lung Volumes*** | | | | | | | |
| TLC | Liters | 8.01 | 4.70 | 59 | | | |
| VC | Liters | 5.86 | 3.41 | 58 | | | |
| FRC N2 | Liters | 4.09 | 2.32 | 57 | | | |
| RV | Liters | 2.20 | 1.29 | 59 | | | |
| RV/TLC | % | 28 | 27 | | | | |
| ***Diffusion*** | | | | | | | |
| DLCO | | 33.6 | 24.8 | 74 | | | |
| DL Adj | | 33.6 | 24.8 | 74 | | | |
| DLCO/VA | | 4.32 | 8.33 | 193 | | | |

***Maximal Respiratory Pressures***

| | | |
|---|---|---|
| PI max | cmH2O | 124 |
| PE max | cmH2O | 233 |







Moderate restrictive pattern.
spiro + lung volumes.
Normal DLCO/VA
Values sl ↓
... to ↑ weight

MINNESOTA
LUNG
CENTER
MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

MICHAEL D. ALTER, M.D.
THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
JOAN M. K. FOX, M.D.
JOSEPH L. GRAIF, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

PENNY M. VAIL
ADMINISTRATOR

November 20, 2002

J. Beck, Claims Examiner
Employment Standards Administration
Office of Workers Compensation Programs
P.O. Box 8300
London KY 40742-8300
Phone: 312-596-7157

RE: Timothy L. Gamradt
DOB: 10/26/67
Date of Injury: 6/02/98

Dear J. Beck:

In response to your inquiry dated 10/23/02 requesting an impairment rating for this client stating his maximal medical improvement and exactly why the date was chosen, I would like to offer the following explanation. This client had followed with Dr. Ieva Grundmanis since November 11, 1998, however, she retired from practice in July of 2002. This client's complete chart was not accessible to me at the time of his appointment on October 30, 2002 and without full information it was impossible to delineate the full course of his treatment and progress. We have rescheduled an appointment for this patient with my partner, Dr. Thomas Mulrooney on November 26, 2002 and expect at that time will have all of his medical record together. Dr. Mulrooney has more experience and expertise in disability evaluations than myself and will be reviewing his situation at that time. We did perform pulmonary function tests on October 30, 2002 and noted he continued to have both obstructive and restrictive impairments. His symptoms continue to show that he has difficulties with cold air and with exercise with cough, shortness of breath, tightness, and occasional wheeze despite using medications of Advair, Singulair, and Maxair. We will be sending you a further communication after his appointment on November 26, 2002 with Dr. Thomas Mulrooney.

If you have any questions, please give them to use in writing.

Sincerely yours,

W. A. Corson, MD

Wilfred A. Corson, M.D.
WAC:ah:gh

MINNESOTA LUNG CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

MICHAEL D. ALTER, M.D.
THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
JOAN M. K. FOX, M.D.
JOSEPH L. GRAIF, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

PENNY M. VAIL
ADMINISTRATOR

December 7, 2001

Steven Baker, M.D.
Duluth Clinic
4325 Grand Avenue
Duluth, MN 55807

RE: Timothy Gamradt
DOB: 10/26/67

Dear Dr. Baker:

Timothy Gamradt was seen at our office on 12/6/01 for the first time since 2/28/01. Apparently the patient did see a psychiatric counselor, after some delay, and was put on Prozac for three months. This did not help, so he stopped it. The patient's mental health has improved markedly since he obtained a job. It does have rotating shifts but otherwise suits him.

The patient had been reasonably stable, and had, in fact, lost about eight pounds with exercise during the summer. With the recent snow storm and eight foot drifts around his garage door, he was compelled to clear some snow with rest periods. Subsequent to that he had increased shortness of breath. Otherwise he has not had any acute exacerbations or hospitalizations. He has remained on Maxair, Serevent, Flovent, and Singulair.

Currently, the patient has some mild postnasal drip. He has occasional cough, more in the last week or so since the snow event. He has had a small amount of yellow green mucus which he attributes to postnasal drip. He has had some wheezing on exertion. His shortness of breath is triggered by smoke, candles and cold air. He has chest tightness with activity. He has had no fever or chills since Thanksgiving, when he had a transient fever. He has had no hemoptysis. He has had no edema or reflux. His appetite is good and he sleeps well.

On examination he was alert and in no acute distress, but has a frequent dry cough, especially with doing the pulmonary function evaluation. Height is 75 inches. Weight is 220, down eight pounds from last time. Respiratory rate 16. Pulse 88. Blood pressure 128/76. His throat and neck were unremarkable. Sinuses were nontender. Trachea was midline. Examination of the chest was clear to auscultation and percussion without wheezes or localizing signs. There was a small cough on forced exhalation. Heart sounds were regular without murmur or gallop. There was no ankle edema.

RE: Timothy Gamradt
Page 2

Spirometry unfortunately showed some mild further decline with $FEV_1$ of 2.74 of 62% of predicted. Vital capacity 3.41 or 58%, ratio 80, mid flow 60, indicating moderate restrictive pattern which was also a concern on lung volumes with TLC on 59% of predicted. Vital capacity was 58. Diffusion was 74, but when correct for alveolar volume it was 193.

These values indicate a moderate restrictive pattern on spirometry and lung volumes with a slight decrease in numerical values since the last study, despite the fact that the patient has lost about eight pounds in weight. The cause of this restrictive pattern is not clear, but is associated with ongoing triggers of his reactive airway disease (RADS) syndrome.

Currently, to simplify the patient's therapy, he was asked to switch to Advair Diskus 500/50 one puff b.i.d. instead of the Serevent and Flovent inhalers. He still has Maxair on hand for p.r.n. use and Singulair 10 mg q.d.

I hope that he did have a follow up chest x-ray after his last visit, as we still do not have a real explanation for his persistent restrictive pattern. I am happy that the patient has obtained employment and is about to undertake a regular exercise program with new equipment that was bought for home use. I will be happy to review the patient's situation periodically.

Yours Sincerely,

Ira M. Grundmanis

I.M. Grundmanis, M.D.
IMG:dn

copy to US. Dept of Labor
employment Standards Administration
Office of Workers' Compensation Programs
Attention Claims Office
230 S. Dearborn
Chicago, IL 60604
Ref No OWCP File No
100478140

MINNESOTA
LUNG
CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
JOAN M. K. FOX, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
SHELLEY M. LENNOX, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

PENNY M. VAIL
ADMINISTRATOR

June 7, 2001

Ms. Deb Zauhar
Carlton County Jail
FAX: 218-384-9183

RE: Timothy Gamradt
DOB: 10/6/67

TO WHOM IT MAY CONCERN:

Timothy Gamradt has the ability to resume work as long as he will be able to avoid extreme temperatures, fumes, and most specifically cigarette smoke.

If you have any questions regarding his condition or requirements, please contact our office.

Sincerely yours,

Ieva M. Grundmanis

Ieva M. Grundmanis, M.D.

IMG:ah:km

MAIN OFFICE
920 EAST 28TH STREET, #700
MINNEAPOLIS, MN 55407

MINNESOTA SLEEP INSTITUTE
4101 GOLDEN VALLEY ROAD
VENCOR HOSPITAL-2ND FLOOR
GOLDEN VALLEY, MN 55422

WOODBURY OFFICE
8675 VALLEY CREEK RD, #330
WOODBURY, MN 55125

RIDGES OFFICE
303 EAST NICOLLET BLVD., #245
BURNSVILLE, MN 55337

SOUTHDALE OFFICE
6363 FRANCE AVENUE, #603
EDINA, MN 55435

MINNESOTA SLEEP INSTITUTE
HIGH POINTE HEALTH CAMPUS
8650 HUDSON BOULEVARD #245
LAKE ELMO, MN 55128

UNITY OFFICE
500 OSBORNE ROAD, #100
FRIDLEY, MN 55432

MINNESOTA LUNG CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
JOAN M. K. FOX, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
SHELLEY M. LENNOX, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

PENNY M. VAIL
ADMINISTRATOR

March 1, 2001

Steven Baker, M. D.
Duluth Clinic
4325 Grand Avenue
Duluth, MN 55807

RE: Timothy Gamradt
DOB: 10/26/67

Dear Dr. Baker:

Timothy Gamradt came for review of his lung situation on 02/28/01. Thank you for sending a copy of his last chest x-ray report from 07/31/2000 which revealed no acute abnormalities, but small lung volumes interpreted as shallow inspiration.

The patient has continued his inhalers of Serevent, Flovent and periodic Maxair before exertion, as well as Singulair 10 mg daily.

The patient has some rhinorrhea, otherwise no acute sinus problems. He has some daily cough. He thinks he may have had a recent cold. He has some minimal stringy mucous, occasional wheezing when he shovels snow, or does outside chores in the cold air. Otherwise, his daily activities are comfortable. He has noticed some tightness in the chest during heavy work. He has had no fever, chills or hemoptysis. He sleeps adequately, but thinks he should sleep more than 5-6 hours. His appetite has been good without any heartburn.

The patient's most vexing problem has been the fact that funding was cut for his program to attend nursing at St. Scholastica in Duluth. Consequently, the patient had to fill out numerous job applications. The patient is becoming quite discouraged and has lost his motivation to exercise. Currently, the patient is working as a security guard at the St. Scholastica College.

On examination, he was alert, in no acute distress. Weight: 228 pounds, 5 pounds less than on his last visit. Respiratory rate: 16. Pulse: 74. Blood pressure: 134/76. Throat and neck were unremarkable. Sinuses were nontender. Lung fields were clear to auscultation and percussion, and there was no cough or wheeze, even on forced exhalation. Heart sounds were regular without any murmur or gallop. There was no ankle edema. Peripheries were pink.

Spirometry showed improvement with $FEV_1$ 3.01 liters, or 67% of predicted, vital capacity 3.56, 60%, ratio 85%, midflow 76%, indicating a mild restrictive pattern which is improved from a

previous study when his values were in the 40% range. Lung volumes also corroborate the mild restrictive pattern.

It was my impression that this patient still has abnormal lung function and shortness of breath on heavy exertion, which may be partly due to his restrictive lung disease, but probably also associated with an element of deconditioning as he has not been able to exercise lately. I have asked him to continue the same inhalers at present.

The patient's long-term frustration after his lung injury is now associated with an element of depression and lack of motivation and I would strongly advise that he obtain some counseling to help him deal with this situation so that he can maintain his activity level and his health as much as possible.

At present, I have asked the patient to follow-up in about a year, or sooner if he has a problem.

Yours sincerely,

IMG/RI208

Ieva M. Grundmanis, M. D.
Dictated but not read.

MINNESOTA
LUNG
CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
JOAN M. K. FOX, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
SHELLEY M. LENNOX, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

PENNY M. VAIL
ADMINISTRATOR

March 1, 2001

Steven Baker, M. D.
Duluth Clinic
4325 Grand Avenue
Duluth, MN 55807

RE: Timothy Gamradt
DOB: 10/26/67

Dear Dr. Baker:

Timothy Gamradt came for review of his lung situation on 02/28/01. Thank you for sending a copy of his last chest x-ray report from 07/31/2000 which revealed no acute abnormalities, but small lung volumes interpreted as shallow inspiration.

The patient has continued his inhalers of Serevent, Flovent and periodic Maxair before exertion, as well as Singulair 10 mg daily.

The patient has some rhinorrhea, otherwise no acute sinus problems. He has some daily cough. He thinks he may have had a recent cold. He has some minimal stringy mucous, occasional wheezing when he shovels snow, or does outside chores in the cold air. Otherwise, his daily activities are comfortable. He has noticed some tightness in the chest during heavy work. He has had no fever, chills or hemoptysis. He sleeps adequately, but thinks he should sleep more than 5-6 hours. His appetite has been good without any heartburn.

The patient's most vexing problem has been the fact that funding was cut for his program to attend nursing at St. Scholastica in Duluth. Consequently, the patient had to fill out numerous job applications. The patient is becoming quite discouraged and has lost his motivation to exercise. Currently, the patient is working as a security guard at the St. Scholastica College.

On examination, he was alert, in no acute distress. Weight: 228 pounds, 5 pounds less than on his last visit. Respiratory rate: 16. Pulse: 74. Blood pressure: 134/76. Throat and neck were unremarkable. Sinuses were nontender. Lung fields were clear to auscultation and percussion, and there was no cough or wheeze, even on forced exhalation. Heart sounds were regular without any murmur or gallop. There was no ankle edema. Peripheries were pink.

Spirometry showed improvement with $FEV_1$ 3.01 liters, or 67% of predicted, vital capacity 3.56, 60%, ratio 85%, midflow 76%, indicating a mild restrictive pattern which is improved from a

previous study when his values were in the 40% range. Lung volumes also corroborate the mild restrictive pattern.

It was my impression that this patient still has abnormal lung function and shortness of breath on heavy exertion, which may be partly due to his restrictive lung disease, but probably also associated with an element of deconditioning as he has not been able to exercise lately. I have asked him to continue the same inhalers at present.

The patient's long-term frustration after his lung injury is now associated with an element of depression and lack of motivation and I would strongly advise that he obtain some counseling to help him deal with this situation so that he can maintain his activity level and his health as much as possible.

At present, I have asked the patient to follow-up in about a year, or sooner if he has a problem.

Yours sincerely,

IMG/RI208

Ieva M. Grundmanis, M. D.
Dictated but not read.

Today's Date 7/28/2001
Date Last Seen 7/20/00
Referring MD Steven Baker. Duluth Clinic

**Chief Complaint** (All codes)
RAD

**Medications**
Serevent 2p BID
220 Flovent 2p BID
Singulair 9d
Maxair prn before exer 1-x/day

## History of Present Illness

Here to Review Sx - Late Nov Sx c̄ Cold weather c̄ SOB tightness walking outside
cut funding for schooling
Had gone spring semester Fondulac - Jr.
was to go to St. Scholastica this past fall - Has 4 yr degree
& felt should find job.
- so looking for employment - Fills 3 job application/everyday
to obtain & retain workmans comp
CXR - 8/31/200 - See Report.
walked outside in Summer But not in winter - Since Dec. Because of Job Hunting
& Colds & Sx c̄ cold
smell & taste OK

## Review of Systems

(Problem Pertinent for 992X2; "Extended" for 992X3; "Complete" for 992X4 and 992X5)

| | |
|---|---|
| Sinus Symptoms Yes or No | patent Nose always drips |
| Cough Yes or No | Some cough c̄ possible cold Since 2/23. |
| Sputum Yes or No | not heavy - Just stringy |
| Wheezing Yes or No | Some - c̄ exertion shoveling snow - stops activity & resolves |
| Dyspnea Yes or No | DOE c̄ outside chores |
| Chest Pain Yes or No | tightness c̄ outside chores eg shoveling snow |
| Fever, Chills Yes or No | NO |
| Hemoptysis Yes or No | NO |
| Nocturnal Yes or No | Sleep ok but seems less than should 5-6 hours |
| Other Yes or No | Appetite OK No heartburn |

## Extended/Complete ROS

Security guard next week.

## Other History

("Pertinent" for 992X3; "Complete" for 992X4 and 992X5)

PMHx
Social Hx
Travel Hx
Family Hx

Height
Weight 228 (5 lb) ↓
Resp Rate 4
Pulse 74
BP 134/76

Arlyn Hamilton RN
RN Signature

**Minneapolis, MN 55407**

| | |
|---|---|
| Patient: Gamradt, Timothy | Id: 439257 |
| Gender: Male | Date: 02/28/01 |
| Age: 33 Race: Caucasian | Temp: 16 PBar: 747 |
| Height(in): 74 Weight(lb): 228 | Physician: GRUNDMANIS |
| Any Info: | Technician: Flicek |

| | | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| ***Spirometry*** | | | | | | | |
| FVC | Liters | 5.89 | 3.56 | 60 | | | |
| FEV1 | Liters | 4.49 | 3.01 | 67 | | | |
| FEV1/FVC | % | 76 | 85 | | | | |
| FEF25-75% | L/min | 270 | 204 | 76 | | | |
| PEF | L/min | 631 | 447 | 71 | | | |
| MVV | L/min | 188 | | | | | |
| ***Lung Volumes*** | | | | | | | |
| TLC | Liters | 8.02 | 5.19 | 65 | | | |
| VC | Liters | 5.89 | 3.65 | 62 | | | |
| FRC N2 | Liters | 4.02 | 2.08 | 52 | | | |
| RV | Liters | 2.19 | 1.54 | 70 | | | |
| RV/TLC | % | 28 | 30 | | | | |
| ***Diffusion*** | | | | | | | |
| DLCO | | 34.5 | | | | | |
| DL Adj | | 34.5 | | | | | |
| DLCO/VA | | 4.47 | | | | | |

***Maximal Respiratory Pressures***

| | | |
|---|---|---|
| PI max | cmH2O | 125 |
| PE max | cmH2O | 234 |







mild restrictive pattern.
[illegible] spirometry since
[illegible]

MINNESOTA LUNG CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
SHELLEY M. LENNOX, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

PENNY M. VAIL
ADMINISTRATOR

October 28, 1999

Captain Scott Hourigan
U.S. Dept. of Justice
Federal Bureau of Prisons
Federal Correctional Institution
PO Box 999
Sandstone, MN 55072

RE: Timothy L. Gamradt
DOB: 10/26/67
Current Position: Correctional Officer
GS-007-07

Dear Captain Hourigan:

In reply to the question regarding the health status of Timothy Gamradt, I am submitting the following report.

Timothy Gamradt has been seen at our office since 7/16/98 on referral from his local physician for evaluation of persistent cough and shortness of breath. The pertinent story was that while at work at the Sandstone Correctional Facility on 6/2/98, the patient was involved in an emergency response exercise at the prison and a smoke grenade instead of a percussion grenade was thrown up a stairwell at him by another employee and the patient was exposed to a large amount of black smoke, developed coughing, dizziness, vomiting, and shortness of breath. The patient continued to have frequent coughing spasms and therefore was evaluated at our office. The patient underwent evaluation with a methacholine challenge test which revealed an $FEV_1$ of 0.71 indicating severe airway hyperreactivity in August 1998. The diagnosis was RADS (reactive airway disease syndrome) due to the episode of lung irritating exposure.

Since then, the patient has been treated with all available medications for airway irritability, is currently on three inhalers and a tablet (Serevent, Flovent, Maxair inhalers and Singulair tablet), but in spite of these therapies, he continues to have airway irritability even to the extent of reacting to smoke on other people's clothes, bathroom cleaners, paint, smoke from barbecue grill, and exercise.

Although the patient has adhered to the therapeutic regimen and has followed advice to increase his exercise tolerance as much as possible by doing regular walking exercise and also weight lifting, he has been unable to return to his state of former excellent physical condition which included winning physical exertion competitions at his work place. The patient had no prior lung problems and did not smoke prior to this event of exposure. He continues to have significant triggers even in his home life and these are continuing to interfere with his lifestyle and particularly his ability to do physical exertion.

RE: Timothy L. Gamradt
Page 2

The patient continues to have shortness of breath and some chest discomfort when in contact with triggers, particularly exertion, but his cough has subsided. Nevertheless his pulmonary function tests continue to show significant restrictive pattern. Given the time that has elapsed since June 1998 until October 1999 with continuing symptoms, it is not possible to predict how much longer it will take for the lung symptoms to subside completely. It is known that patients with this condition may never subside completely but there is no test to accurately predict whether this will happen. At present, unfortunately, his pulmonary function tests are continuing to show some decline and therefore there is no indication that the patient will return to full recovery in the near future.

The patient is certainly continually in danger of experiencing decline in his condition when exposed to various triggers. This is a part of the RADS syndrome.

Having read the position description for Mr. Gamradt, it is clear, given his poor exercise tolerance now with shortness of breath walking ½ mile even when not stressed at home, that he is not able to fulfill the physical activity requirements of his job description at all. Any sudden need to perform physical exertion especially under stress is likely to cause sudden respiratory symptoms beyond the patient's control.

Consequently, given the fact that physical exertion and the sudden need for rapid physical exertion that may occur in the course of his work, the patient cannot return to his former work environment. Even a less strenuous job that he performed temporarily on return to work required opening windows to the cold air while up in a tower and this also caused deterioration of his lung status. Consequently, I cannot see that the patient can carry out his duties as outlined in the position description. This is of great frustration to the patient as he was formerly in excellent physical condition and liked his job and now is physically unable to perform it. I have heard his frustration with his situation and it is certainly unfortunate that through no fault of his own he has developed this condition.

If there are any further questions regarding this evaluation, please feel free to contact me.

Sincerely yours,

Ieva M. Grundmanis

IMG:km

Ieva M. Grundmanis, M.D.

## History:

Today's Date 7·20·00

Date Last Seen 10·14·99

Referring MD Dr Baker / Sherry
Sibutts Clinic

Chief Complaint (All codes)
RAD

**Medications**

Serevent 2p BID
220 Flovent 2p BID
Maxair Autohaler prn
Singulair qd

### History of Present Illness

Returns 9 months Review
Has done quite well since seen
continues training with Bike + walking.
week after July 4
Played Softball But Ran to 3rd But 1SOB on Run to Home
Had used inhaler pre game — But had to use inhaler & had to
stop Playing — — then Some week got stuck in Mud with 4 wheel.
Didn't Have inhaler Had to wait out symptoms — no other bad episodes
but occas wheeze - tightness c exertion e.g. carrying Son at Zoo

### Review of Systems

("Problem Pertinent" for 992X2; "Extended" for 992X3; "Complete" for 992X4 and 992X5)

Sinus Symptoms Yes or No: occas - sore throat — Smell + taste OK

Cough Yes or No: Not really

Sputum Yes or No: 1st A.M. Brings up — white - Beige.

Wheezing Yes or No: On occasion — if Pushing uphill

Dyspnea Yes or No: DOE — Running - Biking.

Chest Pain Yes or No: tightness with exercise — Has had to walk Bike up hills.

Fever, Chills Yes or No: OK

Hemoptysis Yes or No: OK

Nocturnal Yes or No: sometimes awaks c Kids 4 mo ♀ + 1½ ♂

Other Yes or No: No Heartburn - or Rare

### Extended/Complete ROS

trigger at School office — trigger from carpet replacement
Zoo c carrying child
Started school c winter semester & again in Fall for nursing degree
w/c
Saw Dr Rook for independent exam
m Δ.

### Other History

("Pertinent" for 992X3; "Complete" for 992X4 and 992X5)

PMHx

Social Hx

Travel Hx

Family Hx

Height

Weight 233.

Resp Rate 16

Pulse 78

BP 120/74

Arlin Howells RN
RN Signature

920 E. 28th Street Suite 700
Minneapolis, MN 55407

Name: Gamradt, Timothy
Gender: Male
Age: 32 Race: Caucasian
Height(in): 73 Weight(lb): 233
Any Info:

Id: 439257
Date: 07/20/00
Temp: 16 PBar: 742
Physician: GRUNDMANIS
Technician: ROMANO RRT CPFT

## Spirometry

| (BTPS) | | PRED | PRE-RX BEST | PRE-RX %PRED | POST-RX BEST | POST-RX %PRED | % CHG |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 5.76 | 2.29 | 40 | | | |
| FEV1 | Liters | 4.43 | 2.02 | 46 | | | |
| FEV1/FVC | % | 77 | 88 | | | | |
| FEF25-75% | L/min | 270 | 163 | 60 | | | |
| PEF | L/min | 619 | 341 | 55 | | | |
| MVV | L/min | 186 | | | | | |







Moderate obstructive pattern

CALIBRATION: Pred Volume: 3.00 Expire Avg: 2.98 Inspire Avg: 2.98 Flow Cal Date: 07/20/00

( ) = OUTSIDE 95% CONFIDENCE INTERVAL PF Reference: Morris/Polgar Version: IVS-0101-04-4

MINNESOTA
LUNG
CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D

March 25, 1999

Steven Baker, M.D.
Duluth Clinic
4325 Grand Ave
Duluth MN 55807

RE: Timothy Gamradt
DOB: 10/26/67

Dear Dr. Baker:

This will confirm our phone conversation regarding Timothy Gamradt whom we have been seeing since 7/16/98 on referral from a local doctor who he was seeing at the time for a problem of dyspnea and spasmodic cough after inhalation from a smoke grenade during a prison emergency exercise. The patient is a nonsmoker and had excellent athletic ability prior to this episode. The patient has been found to have demonstrable reactive airway disease with a positive methacholine challenge test with $FEV_1$ of 0.71 and $FEV_1$ Pd-20 of 0.71 mg/ml indicating significant reactive airway syndrome.

Since that time we have had the patient on bronchodilators consisting of Serevent 2 puffs bid, Flovent 220 2 puffs bid, Singulair 10 mg daily, and Maxair as needed. The patient has had great difficulty resuming his physical activity and still has numerous triggers. He has been treated with prednisone several times and, although his initial cough has subsided, he still has some cough around triggers and wheezes when he starts to run and can only walk about ½ mile or sprint 100 yards.

Although the patient is otherwise stable and could return to work, he tried this one time but his employer placed him in a very inappropriate physical challenge situation where he had to climb a flight of stairs to a tower four stories high and then be exposed to cold air through the window which he had to open frequently to distribute keys. The patient could not perform these duties and, again, has not returned to work. He has tried to do training by walking and weight lifting at home but has not been able to return to his former level of exercise tolerance. His weight has remained stable, 220 lbs at the time of the initial visit and 219 now.

The patient was last seen in Jan. 1999 and returned on 3/22/99 on his usual medications. He has been trying to walk more but feels tightness in his chest when he is working out although in general his muscles feel stronger. He is still unable to jog which is apparently a requirement at work where he has

to be ready to respond to any emergencies. However, he tells me that there are many other physically unfit persons of great weight that would not be able to perform this duty. Currently the patient has had some sinus headaches. He still has daily cough near perfume, smoke, or cold air. He does not have any sputum production. He hears wheezing if he starts to run. He is not short of breath on activities of daily living, only if he tries to jog. He has some periodic chest tightness but no pain, no fever, chills, or hemoptysis, or any nocturnal symptoms. Because of the ongoing problems, the patient verbalizes frustration and depression with his condition and states he wants to keep his job and needs to, as he lives in a small town where there are no other job options.

On examination the patient was alert and in no distress. Throat and neck were unremarkable. Weight 219 lbs, respiratory rate 16, pulse 100, BP 130/90. Throat and neck were unremarkable. Sinuses were nontender. Chest was clear to auscultation and percussion without any wheeze or cough. Heart sounds were regular without any murmur or gallop. There was no ankle edema. Spirometry revealed only a mild restrictive pattern with $FEV_1$ 3.61 or 79% predicted, vital capacity 4.3 or 72% predicted, ratio of 84%, midflow normal at 81%.

It appears that symptomatically the patient still is not back to his baseline and is triggered by several exposures consistent with his reactive airway disease syndrome subsequent to the smoke grenade inhalation. It appears that the patient is getting the proverbial run-around by his employer. Furthermore, he is now on his 5th case manager and fears that he is not getting the direction he needs in handing in various progress reports on time and this may jeopardize his future work possibilities.

At present I have given him a return to work slip so that he may return to work providing there is no running needed or sharp changes in temperature. He was asked to continue the same medications.

Sincerely yours,

*[signature]*

IMG:km

Ieva M. Grundmanis, M.D.

MINNESOTA
LUNG
CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

August 26, 1998

Gerald Pitzl, M.D.
Silver Lake Clinic
3900 Stinson Blvd NE
Minneapolis MN 55421

RE: Timothy Gamradt
DOB: 10/26/67

Dear Dr. Pitzl:

Timothy Gamradt returned to our office on 8/19/98, still complaining of significant dyspnea on exertion and fatigue after any exertion and all these aspects were in sharp contrast to his previous excellent physical condition. Fortunately, his cough had abated somewhat and he was no longer needing Tessalon Perle and had finished his prednisone. The patient had become sensitive to his wife's perfume, to Lysol spray in the house, and couldn't stand his own usual cologne. He stated that he used to be able to ride a bike 20 miles to town and back previously and could not do that now. He could not do work on his own house that is being built.

On examination his chest was clear but as the patient was having persistent symptoms of hyper irritability, we planned to do a methacholine challenge test which was accomplished today. We could not do this earlier because of his persistent cough.

Prior to the test today, the patient had held his inhalers for three days. He states that he has had some clearing of the throat and a short, dry cough, still gets short of breath on any strenuous work such as shoveling dirt or chopping wood or even walking to his mailbox along the gravel road. He has tightness in the chest with exertion and no heartburn lately. He states that he takes longer to do simple things like mowing the lawn and can't run. This is an important problem because if he is to return to work, he is supposed to be able to run for any emergencies.

On examination his respiratory rate is 16, pulse 76, BP 130/78. Throat and neck were unremarkable. Chest was clear to auscultation and percussion without any wheezes. Heart sounds were regular without any murmur or gallop. There was no ankle edema. A methacholine challenge test was performed and revealed significant airway hyper irritability with a drop in $FEV_1$ by 27% on 1 mg of methacholine, indicating a Pd-20 for $FEV_1$ of only 0.71, indicating severe airway irritability.

Consequently, the patient was advised to resume his inhalers of Flovent and Serevent 2 puffs bid, Maxair as backup, and also asked to start Singulair to hasten his improvement.

In addition, as it is important for the patient to be able to run in the performance of his duties at the prison, he was asked to gradually restart his training program at the gym and walking exercise on a daily basis and proceed to running. Hopefully, over the next month he will be able to retrain his muscles to the level that is required of his work. I have asked him to follow-up in one month to evaluate his progress and hope that, with extra training and extra medications, he may be able to be physically fit enough to resume his duties.

Sincerely yours,

Ieva M. Grundmanis

Ieva M. Grundmanis, M.D.

IMG:km

MINNESOTA LUNG CENTER
920 EAST 28TH STREET SUITE 700
MINNEAPOLIS, MINNESOTA 55407
PULMONARY FUNCTION REPORT

Name:GAMRADT, TIMOTHY
Age: 30 Years
Sex/Race: Male / Caucasian
Height: 75 in 191 cm
Weight: 220 lbs 100 kg

ID#:GAMRADT
Room:UNITY Date:16-JUL-98
Temp/Pres: 24 C / 745 mmHg
Physician:IG
Tested by:DA

| SPIROMETRY (BTPS) | | PRED | PRE-RX BEST | PRE-RX %PRED | POST-RX BEST | POST-RX %PRED | %CHG |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 6.11 | 3.60 # | 59* | FREQUENT COUGH | | |
| FEV1 | Liters | 4.68 | 3.01 # | 64* | c̄ FORCED MANEUVERS | | |
| FEV1/FVC | % | 76 | 84 | | | | |
| FEF25-75% | L/Min | 281 | 188 | 67 | | | |
| PEF | L/Min | 652 | 452 | 69 | | | |
| E Code | | | 11011 | | | | |

| LUNG VOLUMES (BTPS) | | PRED | PRE-RX AVG | PRE-RX %PRED | POST-RX AVG | POST-RX %PRED | %CHG |
|---|---|---|---|---|---|---|---|
| VC | Liters | 6.11 | 3.60 # | 59* | | | |
| TLC | Liters | 8.30 | 4.63 # | 56* | | | |
| RV | Liters | 2.21 | 1.03 # | 47* | | | |
| RV/TLC | % | 27 | 22 | | | | |
| FRC N2 | Liters | 4.25 | 1.89 # | 45* | | | |
| ERV | Liters | | 0.86 | | | | |
| IC | Liters | | 2.41 | | | | |
| DIFFUSION | | | | | | | |
| DLCO | ml/Min/mmHg | 35.2 | 30.4 | 86 | | | |
| DLCO/VA | 1/Min/mmHg | 4.53 | 5.40 | 119 | | | |

------

# = OUTSIDE 95% CONFIDENCE INTERVAL * = OUTSIDE NORMAL RANGE
IPS-0L10-08 IPS-0H10-07 N-1804-4







Best available results (due to coughing)
moderate { Moderate restrictive pattern on spirometry + lung volumes
normal diffusion.
moderate decrease in midflow }
[signature]

MINNE JTA LUNG CENTER
920 EAST 28th STREET SUITE 700
MINNEAPOLIS, MINNESOTA 55407

Name: GAMRADT, TIMOTHY
Gender: Male
Age: 30 Race: C
Height(in): 75 Weight(lb): 217
Any Info:

Id: 439257
Date: 07/31/98
Temp: 20 PBar: 748
Physician: STERN
Technician: ANDREASEN

## Spirometry (BTPS)

| | | Ref | Pre Meas | Pre % Ref | Post Meas | Post % Ref | Post % Chg |
|---|---|---|---|---|---|---|---|
| FVC | Liters | 6.11 | 4.15 | 68 | | | |
| FEV1 | Liters | 4.68 | 3.68 | 79 | | | |
| FEV1/FVC | % | 76 | 89 | | | | |
| FEF25-75% | L/min | 281 | 273 | 97 | | | |
| FEF50% | L/min | 386 | 299 | 78 | | | |
| PEF | L/min | 652 | 515 | 79 | | | |
| MVV | L/min | 195 | | | | | |

## Diffusion

| | | Ref | Pre Meas | Pre % Ref |
|---|---|---|---|---|
| DLCO | mL/min/mmHg | 34.9 | 30.1 | 86 |
| DL Adj | mL/min/mmHg | 34.9 | 30.1 | 86 |
| DLCO/VA | 1/min/mmHg | 4.55 | 5.31 | 117 |




Ref___ PRE___ POST_ _ _




Ref___ Pre___ Post_ _ _

MINNESOTA LUNG CENTER
920 EAST 28th STREET SUITE #700
MINNEAPOLIS, MINNESOTA 55407
Spirometry Trend Report

Name: GAMRADT, TIM
Age: 30 Years
Sex/Race: Male / Caucasian
Height: 73 in 185 cm
Weight: 221 lbs 100 kg

ID#: GAMRADT
Room: UNITY Date: 25-AUG-98
Temp/Pres: 24 C / 745 mmHg
Physician: IG
Tested by: DA

| | PRE | BASE | Lev1 | Lev2 | Lev3 | Lev4 | Lev5 | Lev6 | Lev7 | Lev8 | Lev9 | POST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ΞV1 (Pred: 4.50 Liters) | | | | | | | | | | | | 3.63 |
| ctual | | 3.34 | | | 2.92 | 2.45 | | | | | | 81 |
| Pred | | 74 | | | 65 | 54 | | | | | | |
| Chg | | | | | -13 | -27 | | | | | | |
| /C (Pred: 5.81 Liters) | | | | | | | | | | | | 4.14 |
| ctual | | 3.94 | | | 3.54 | 3.09 | | | | | | 71 |
| Pred | | 68 | | | 61 | 53 | | | | | | |
| Chg | | | | | -10 | -22 | | | | | | |
| ΞF (Pred:10.38 L/Sec) | | | | | | | | | | | | 7.97 |
| ctual | | 8.14 | | | 6.69 | 5.98 | | | | | | 77 |
| Pred | | 78 | | | 64 | 58 | | | | | | |
| Chg | | | | | -18 | -27 | | | | | | |

d20 (FEV1) : .71 mg/ml

Positive methacholine challenge test
JH.

ethacholine
osage (mg/ml):




IBS-0110-03

MINNESOTA LUNG CENTER
920 EAST 28th STREET SUITE #700
MINNEAPOLIS, MINNESOTA 55407
BRONCHIAL CHALLENGE REPORT

Name: GAMRADT, TIM
Age: 30 Years
Sex/Race: Male / Caucasian
Height: 73 in 185 cm
Weight: 221 lbs 100 kg

ID#: GAMRADT
Room: UNITY Date: 25-AUG-98
Temp/Pres: 24 C / 745 mmHg
Physician: IG
Tested by: DA

SPIROMETRY (BTPS)

| | PRE | BASE | Lev1 | Lev2 | Lev3 | Lev4 | Lev5 | Lev6 | Lev7 | Lev8 | Lev9 | POST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGENT: Methacholine | | | | | | | | | | | | |
| mg/ml | | | .009 | 0.1 | 0.5 | 1.0 | 2.0 | 5.0 | 10.0 | 25.0 | | |
| FVC (Pred: 5.81 Liters) | | | | | | | | | | | | 4.14 |
| Actual | | 3.94 | | | 3.54 | 3.09 | | | | | | 71 |
| % Pred | | 68 | | | 61 | 53 | | | | | | |
| % Chg | | | | | -10 | -22 | | | | | | |
| FEV1 (Pred: 4.50 Liters) | | | | | | | | | | | | 3.63 |
| Actual | | 3.34 | | | 2.92 | 2.45 | | | | | | 81 |
| % Pred | | 74 | | | 65 | 54 | | | | | | |
| % Chg | | | | | -13 | -27 | | | | | | |
| FEV1/FVC (Pred: 77 %) | | | | | | | | | | | | 88 |
| Actual | | 85 | | | 82 | 79 | | | | | | 114 |
| % Pred | | 110 | | | 106 | 102 | | | | | | |
| % Chg | | | | | -4 | -7 | | | | | | |
| FEF25-75% (Pred: 4.59 L/Sec) | | | | | | | | | | | | 4.53 |
| Actual | | 3.43 | | | 2.63 | 2.13 | | | | | | 99 |
| % Pred | | 75 | | | 57 | 46 | | | | | | |
| % Chg | | | | | -23 | -38 | | | | | | |
| PEF (Pred:10.38 L/Sec) | | | | | | | | | | | | 7.97 |
| Actual | | 8.14 | | | 6.69 | 5.98 | | | | | | 77 |
| % Pred | | 78 | | | 64 | 58 | | | | | | |
| % Chg | | | | | -18 | -27 | | | | | | |

Pd20 (FEV1): .71 mg/ml

------

CALIBRATION: PRED: 3.29 ACTUAL: EXP 3.30 INSP 3.27

IBS-0110-03 N-1804-4

Date: 26-AUG-98

Jame: GAMRADT, TIM
:D #: GAMRADT

| Baseline<br>ethacholine | PRED | LAST | Trl 1<br>(Best) | Trl 2 | Trl 3 | BEST | %PRED |
|---|---|---|---|---|---|---|---|
| /C | 5.81 | | 3.94 | | | 3.94 | 68 * |
| EV1 | 4.50 | | 3.34 | | | 3.34 | 74 * |
| EV1/FVC | 77 | | 85 | | | 85 | |
| EF25-75% | 4.59 | | 3.43 | | | 3.43 | 75 |
| EF | 10.38 | | 8.14 | | | 8.14 | 78 |

Date: 26-AUG-98

'ame: GAMRADT, TIM
D #: GAMRADT

Methacholine
(Baseline)




Mild restrictive pattern

MINNESOTA LUNG CENTER

MAIN OFFICE (612) 863-3750
FAX (612) 863-3827
TOLL FREE (800) 700-LUNG

THEODORE M. BERMAN, M.D.
R. MICHAEL BOWEN, M.D.
WILFRED A. CORSON, M.D.
KATHY R. GROMER, M.D.
IEVA M. GRUNDMANIS, M.D.
MITCHELL G. KAYE, M.D.
THOMAS F. MULROONEY, M.D.
MARK R. STANG, M.D.
RALPH E. STEELE, M.D.
WAYNE L. STERN, M.D.
PATRICK J. WRIGHT, M.D.

July 17, 1998

Gerald Pitzl, M.D.
Silver Lake Clinic
3900 Stinson Blvd NE
Minneapolis MN 55421

RE: Timothy Gamradt
DOB: 10/26/67

Dear Dr. Pitzl:

Thank you for referring Timothy Gamradt, age 30, for evaluation of persistent cough and shortness of breath after exposure to a smoke grenade at work on 6/2/98. The patient was seen in the company of his wife on 7/16/98 at our office and related a story that he had no lung problems during childhood. Over the years he had very few colds, and mild if any. He had some transient problems with tree pollen allergies in the past and used Allegra intermittently in the spring. The patient has never smoked cigarettes or had any chronic lung problems. In fact, he has always been winning any sort of exercise competitions at work as late as May 1998.

The patient works as a corrections officer at the U.S. Department of Justice Bureau of Prisons at Sandstone for the last four years or so. He was exposed to some asbestos in the course of some plumbing work about two years ago in tunnels but was not involved in removing any of this material. Otherwise he has not had any noxious exposure in the course of his work or hobbies. He is married to a nonsmoker, has two dogs at home which do not trigger any symptoms. He has traveled to Montana and South Dakota and Las Vegas and has not been acutely ill on any of his trips. In general the patient has enjoyed good health. He has no chronic lung symptoms prior to the most recent illness.

The patient was in his usual state of health until 6/2/98 when he was involved in a mock emergency response exercise at the prison and a smoke grenade was thrown up a stair well at him by another employee and apparently this was an error as initially a percussion grenade was supposed to be used. The person ran up the stairs and kicked the grenade back down but a large amount of black smoke enveloped the place and the patient tried to get away from it but was exposed to this area for several minutes. The patient then felt dizzy and short of breath initially and coughed up black sputum for a week. That night he also developed dizziness and emesis and gas pains in his abdomen and since that time has been having a persistent cough and shortness of breath and is unable to do his usual work at

home or at the prison. He has continued to work but has frequent coughing spasms. The patient was initially evaluated by a prison physician at work and then on 6/4/98 was referred to a prison physician assistant and spirometry was done which was found to be abnormal. Consequently the patient was referred to Silver Lake Clinic to his primary physician and from there was sent to Unity Hospital where pulmonary function tests were performed on 6/25/98 and showed mild restrictive abnormality but normal diffusing capacity. The patient was given an albuterol inhaler which seems to help for about an hour after use. But because of ongoing symptoms, the patient presented to our office.

Currently the patient emphasizes that he had no shortness of breath or cough prior to this incident. Currently he has no nasal symptoms. Smell and taste are intact. He has persistent cough which initially was present even at rest but now is present mainly on exertion. He has increased cough even on walking upstairs or walking rapidly or running and cannot do his yard work. Currently he has no sputum production but has wheezing with increased exertion. He is comfortable at rest but develops shortness of breath with carrying any objects or going upstairs or running but not on dressing or bathing. His chest hurts after a protracted coughing spell. He no longer has chills or sweats which he did have initially after the inhalation incident. There has been no hemoptysis. The patient does not have any nocturnal shortness of breath or cough but his wife has noticed that he snores now for the first time.

Review of systems reveals that he is tired and weak. He has lost 10 lbs in weight since June. The patient feels lightheaded after coughing spells and has occasional ringing in the ears but no choking. He has had no GU symptoms. He has had intermittent heartburn for which he takes water about once a day. He did not have any heartburn previous to this episode. He has tired muscles when he lifts anything.

Past history includes appendectomy in sixth grade. He has had various broken bones and fingers, ankle, and possibly right collarbone but no fractured ribs in the past. Family history reveals no pulmonary problems. A grandfather died at age 90 of MI.

On examination the patient's height is 75", weight 220 lbs, respiratory rate 18, pulse 76, BP 120/76. He was alert, in no acute distress, but had a frequent deep cough. Throat and neck were unremarkable. Sinuses were nontender. Chest was symmetrical with normal and symmetrical vocal fremitus and vocal resonance. Lung fields were clear at rest. There was a cough on deep breathing and forced exhalation maneuver. Heart sounds were irregular, no murmur or gallop was appreciated. Abdomen was unremarkable. Extremities revealed no clubbing, cyanosis, or ankle edema. I took note of the chest x-ray done at Silver Lake Clinic on 6/18/98 which was reported as normal. Another x-ray was done at Suburban Radiology at the time of the visit and appeared clear to me but we will await the report.

At the time of the visit we did proceed to pulmonary function testing in view of the progressive symptoms and this revealed a moderate restrictive pattern on spirometry and lung volumes and these are reduced since the previous study in June but it is possible that the patient's performance was hampered by his constant cough. Diffusion remains normal. There is a moderate decrease in midflow indicating probable airflow obstruction component also. All the values are reduced since the last study on 6/25/98 at Unity Hospital.

I did review the Material Data Sheet regarding the smoke grenade and this reveals the presence of zinc oxide, hexachloroethane and aluminum powder and I noticed that it is irritating to skin and mucus membranes, causing kidney and liver damage and exposure to inhalation should be followed by removal to fresh air and oxygen as needed.

It is my impression that this patient with persistent dyspnea and spasmodic cough after smoke grenade inhalation on 6/2/98 in the prison emergency exercise has developed significant symptoms which are new in this nonsmoker with prior excellent athletic ability in competition; temporally the onset is associated with exposure to the smoke grenade and the patient has ongoing airway irritability and therefore I have asked him to take Tessalon Perle 2 tid and Serevent 2 puffs q12h and Flovent 220 2 puffs q12h, Maxair 2 puffs 4x/day as needed and to settle the airway irritability a course of prednisone 10 mg tablets, 4 in the morning with food for 4 days, 3 for 4 days, 2 for 4 days, and 1 for 4 days. The patient is to measure peak flow values to chart the response to the steroid therapy and degree of reversibility.

As the patient has already developed reflux symptoms after this inhalation episode, he was advised to follow reflux instructions to try to control heartburn especially during the steroid therapy and to take Pepcid AC 1 bid. The patient was given instruction in the use of inhalers and spacer and the peak flow meter and asked to bring a chart of peak flows to his next visit in August. In the meantime the patient was advised, as was his work place, that he should not be required to run as deep breathing causes spasmodic cough which in turn tires the patient. It is hoped that with treatment for the airway inflammation that his symptoms will subside but he was advised that sometimes airway irritability persists for a long time.

Sincerely yours,

Ieva M. Grundmanis

IMG:km

Ieva M. Grundmanis, M.D.

3800 Park Nicollet Blvd., Minneapolis, MN 55416-2699

Park Nicollet Clinic HealthSystem Minnesota
3800 Park Nicollet Blvd., Mpls., MN 55416 (612) 993-3617

APPROVED COPY IN THE ONLINE MEDICAL RECORD PAGE 1
MEDICAL RECORD COPY
NAME: GAMRADT, TIMOTHY DOB 10/26/1967 NO. 1-59-80-90 (1N)
SSN: 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

SUBJECTIVE:
Mr. Gamradt is referred for evaluation of persistent symptoms of cough and breathlessness on exertion. He had been a very active athlete, in fact playing college football and on a European professional football league until roughly five years ago when he started working at the federal penitentiary in Sandstone, Minnesota. Also as part his position, he has been part of the special operations response team for the federal government. His job has required excellent physical condition, and the patient has always maintained excellent athletic skills. He was well in this regard up until June 2, 1998, when he was on a training exercise that required him to be in an enclosed stairwell when a smoke grenade exploded filling this tight space with black smoke including a noxious scent and chemicals in the material. He immediately started choking, gasping, developed nausea and generalized malaise. The other team members experienced similar symptoms including vomiting. There were 18 people affected. The duration of time under this condition was 10-15 minutes prior to getting into fresh air and oxygen. He and his teammates all felt physically ill and coughing up black material from their lungs. He attempted to return to work the following day but had persistent problems with cough and shortness of breath and generalized ill feeling. Subsequently, he was seen by his primary care physician who referred him to a pulmonary specialist for these symptoms. His symptoms of cough and shortness of breath would not resolve. He also noticed wheezing. He had to curtail physical activity because of these symptoms and was unable to return to work on a permanent basis. He has been treated comprehensively and appropriately by the pulmonary specialist, Dr. Grundmanis, at the Minnesota Lung Center. He has been on bronchodilator therapy, inhaled corticosteroids, and Leukotriene antagonists. Despite this, he continues to have difficulty with exertional shortness of breath and cough. His symptoms of cough and breathlessness are also triggered by perfumes, cleaning compounds (Lysol), dust, and temperature extremes. He was bothered when carpeting had been installed in his home, as well as his own cologne.

As recommended by Dr. Grundmanis, he has attempted to improve his exercise tolerance by gradually increasing his exercise capacity. In February of this year, he returned to work in a less vigorous environment; however, being required to open a window where cold air came in. He developed shortness of breath and cough. He has appropriately been recommended to avoid situations where he has to perform exertional activities in cold temperatures and to avoid exposure to strong fumes or particulate dusts.

Today he reports that he is exceedingly concerned about his future job situation as he is very anxious to get back to work. He says he will try anything to improve my respiratory symptoms. He has been at home with his family and working on improved physical tolerance of his activities. He tried to do low level biking activities and other graded exercise. He finds that he has made some gradual improvement, but he has plateaued since late fall-early winter. Even running up the stairs at home, he has problems. He is very aware when his bronchodilator therapy

VISIT: 04/23/99 ST LOUIS PARK-PNC-3800 GREE
FOX, JOAN M / MD
IMPRESSION: Reactive airway dysfunction syndrome (RADS), improved but persistent.

PULMONARY MEDICINE PULMONARY MEDICINE PULMONARY MEDIC P: 043099 AT 06:11 PM

PULMONARY MEDICINE PULMONARY MEDICINE PULMONARY MEDIC P: 043099 AT 06:11 PM

has worn off.

PAST MEDICAL HISTORY:
Status post appendectomy at age 12.

SOCIAL HISTORY:
He is married and has a 6-month-old child. As described in the HPI, he has been exceedingly physically fit, in fact, in May, 1998, less than one month prior to the exposure, he was in a training maneuver physical fitness where there was a competition. He placed first in half of the event.

FAMILY HISTORY:
Unremarkable.

REVIEW OF SYSTEMS:
He has had some seasonal allergies in the past. He has not experienced asthma, persistent cough or shortness of breath.

ADVERSE DRUG REACTIONS:
NONE KNOWN.

TOBACCO USE:
He has never smoked.

MEDICATIONS:
Singulair 10 mg a day; Flovent 440 mcg twice daily; Serevent two puffs twice daily; MaxAir Autoinhaler p.r.n. exercise; Allegra as needed.

OBJECTIVE:
BP: 128/78. Wt: 212 pounds. P: 72. R: 16.

Physical examination reveals a pleasant young gentleman coughing intermittently throughout the interview. Head and neck exam: Sinuses are nontender. Posterior pharynx shows evidence of oral pharyngeal thrush. Neck is muscular. No discrete masses appreciated. Cardiac: S1, S2, without appreciable murmurs, rubs or gallops. Chest is clear to auscultation and percussion. Abdomen is soft, nontender. Bowel sounds are present. Extremities are without clubbing, cyanosis or edema.

A chest x-ray was completed today at Park Nicollet Clinic and was normal.

PULMONARY FUNCTION TESTS:
Reports from Dr. Grundmanis' office were reviewed. These include a methacholine challenge test on or about 08/19/98, FEV1 dropped by 27 percent for a PD-20 for FEV1 of 0.71. Subsequent pulmonary function tests over the last eight months has documented some improvement in FEV1 and FVC; most recently 03/22/99, the FEV1 is 79 percent of predicted and the FVC is 72 percent of predicted. Consistent with a persistent mild restrictive pattern. Original pulmonary function tests presented by the patient from 06/04/98, indicated an FEV1 of 3.28 liters and an FVC of 4.13 liters (for comparison FEV1 03/22/99, 3.61 liters and FVC was 4.30 liters).



IMPRESSION: Reactive airway dysfunction syndrome (RADS), improved but persistent.

Park Nicollet Clinic HealthSystem Minnesota
3800 Park Nicollet Blvd., Mpls., MN 55416 (612) 993-3617



ASSESSMENT:
Reactive airway dysfunction syndrome (RADS), improved but persistent.

PLAN:
Mr Gamradt has classic RADS. He was in a closed space were noxious fumes were emitted and had systemic symptoms as well as pulmonary symptoms associated with the exposure. He has had persistent airway hyperreactivity that is aggravated in a nonspecific fashion with those fumes and temperature changes and exertion. Although he has had some improvement in his tolerance, he is still suffering from persistent symptoms with modest levels of exercise and with innocuous exposures to even perfume of his wife.

In response to questions asked to the specialist by Ricwell Corporation:

1. Please refer to the findings in the medical record above.
2. Mr. Gamradt's physical condition is related to in a causal fashion to the work injury sustained on June 2, 1998.
3. With the diagnosis of RADS, the expectation of duration of symptoms is variable. Most patients improve considerably within 1-2 years, but may have persistent symptoms beyond that time, up to ten or more years or a lifetime. In this particular case, it remains to be seen whether he will have resolution of his symptoms or whether he will have some persistent lifetime symptoms. I am hopeful that his symptoms will continue to improve over the next year or more.
4. With respect to whether the patient is able to perform the job defined, Mr. Gamradt would be capable of performing nearly all portions of the job, however, he would not have full functional capacity in adverse environments or with brisk or strenuous physical activities. The duration with which these symptoms will continue is undetermined, and will require frequent reevaluation (at least every three months).
5. Regarding whether or not there are restrictions on the patient's general activity, form OWCP-5, has been filled out and included with this medical record. Physical activity in brief is restricted by factors described above, temperature extreme, airborne particles, gas fume, exertion requiring running or carrying loads. These restrictions are most probably to be temporary and again the duration is undetermined at this time and requires frequent reevaluation.
6. With respect for recommendations for further medical treatment, I have discussed with Mr. Gamradt his current medications. My recommendation would be for him to increase his Serevent to four puffs twice a day and to try adding Atrovent, which is another bronchodilator to see if this would improve control of his symptoms and to reevaluate this in roughly four weeks. He will be able to identify whether this has improved his tolerance of the stated provoking situations fairly quickly, as he is pushing himself on a daily basis.
7. With respect to question of when I expect Mr. Gamradt to achieve full recovery, this has been described fairly

comprehensively already in his medical record. I am hopeful he will have improvement in his symptoms and be able to return to the job for which he has worked for many years and has been very much suited for and satisfied with. He is exceedingly frustrated with his limitations and needs to get back to work, both from a financial and a self esteem perspective.

cc: 04/30/99

JMF:EDiX11411 C:
D: 04/30/99 07:04 T: 04/30/99 08:20 DOCUMENT: 990430114053952600

Park Nicollet Clinic HealthSystem Minnesota
3800 Park Nicollet Blvd., Mpls., MN 55416 (612) 993-3617

*** MEDICAL RECORD COPY *** PAGE

NAME GAMRADT TIMOTHY CHART 1-59-80-90
DOB 10/26/1967 HOME PHONE 218-384-9311 WORK PHONE
ORDER BY DR. JOAN FOX, M.D. LOC 1N DEPT PULMONARY M
PROOF BY CHUNG LEE, M.D. TECH S. KAMPA RT
RFRD BY
COPY TO
EXAM LOC 1N HCL 1N RJL 1N ORD NUM LINE NUM

---

PA LAT CXR 04/23/99

CLINICAL DATA: REACTIVE AIRWAYS SYNDROME

FINDINGS:
CH1
THE CARDIOVASCULAR STRUCTURES APPEAR NORMAL.
NO EVIDENCE OF ACTIVE PULMONARY DISEASE.

IMPRESSION:
NORMAL CHEST.

READ BY CHUNG LEE, M.D. EXAM DATE 04/23/99
RADIOLOGY EXAM PA LAT CXR RESULT 12710

has worn off.

**PAST MEDICAL HISTORY:**
Status post appendectomy at age 12.

SOCIAL HISTORY:
He is married and has a 6-month-old child. As described in the HPI, he has been exceedingly physically fit, in fact, in May, 1998, less than one month prior to the exposure, he was in a training maneuver physical fitness where there was a competition. He placed first in half of the event.

FAMILY HISTORY:
Unremarkable.

REVIEW OF SYSTEMS:
He has had some seasonal allergies in the past. He has not experienced asthma, persistent cough or shortness of breath.

ADVERSE DRUG REACTIONS:
NONE KNOWN.

TOBACCO USE:
He has never smoked.

MEDICATIONS:
Singulair 10 mg a day; Flovent 440 mcg twice daily; Serevent two puffs twice daily; MaxAir Autoinhaler p.r.n. exercise; Allegra as needed.

OBJECTIVE:
BP: 128/78. Wt: 212 pounds. P: 72. R: 16.

Physical examination reveals a pleasant young gentleman coughing intermittently throughout the interview. Head and neck exam: Sinuses are nontender. Posterior pharynx shows evidence of oral pharyngeal thrush. Neck is muscular. No discrete masses appreciated. Cardiac: S1, S2, without appreciable murmurs, rubs or gallops. Chest is clear to auscultation and percussion. Abdomen is soft, nontender. Bowel sounds are present. Extremities are without clubbing, cyanosis or edema.

A chest x-ray was completed today at Park Nicollet Clinic and was normal.

PULMONARY FUNCTION TESTS:
Reports from Dr. Grundmanis' office were reviewed. These include a methacholine challenge test on or about 08/19/98, FEV1 dropped by 27 percent for a PD-20 for FEV1 of 0.71. Subsequent pulmonary function tests over the last eight months has documented some improvement in FEV1 and FVC; most recently 03/22/99, the FEV1 is 79 percent of predicted and the FVC is 72 percent of predicted. Consistent with a persistent mild restrictive pattern. Original pulmonary function tests presented by the patient from 06/04/98, indicated an FEV1 of 3.28 liters and an FVC of 4.13 liters (for comparison FEV1 03/22/99, 3.61 liters and FVC was 4.30 liters).

Park Nicollet Clinic HealthSystem Minnesota
3800 Park Nicollet Blvd., Mpls., MN 55416 (612) 993-3617



NAME: GAMRADT, TIMOTHY DOB 10/26/1967 NO. 1-59-80-90 (1N)
SSN: 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

ASSESSMENT:
Reactive airway dysfunction syndrome (RADS), improved but persistent.

PLAN:
Mr Gamradt has classic RADS. He was in a closed space were noxious fumes were emitted and had systemic symptoms as well as pulmonary symptoms associated with the exposure. He has had persistent airway hyperreactivity that is aggravated in a nonspecific fashion with those fumes and temperature changes and exertion. Although he has had some improvement in his tolerance, he is still suffering from persistent symptoms with modest levels of exercise and with innocuous exposures to even perfume of his wife.

In response to questions asked to the specialist by Ricwell Corporation:

1. Please refer to the findings in the medical record above.
2. Mr. Gamradt's physical condition is related to in a causal fashion to the work injury sustained on June 2, 1998.
3. With the diagnosis of RADS, the expectation of duration of symptoms is variable. Most patients improve considerably within 1-2 years, but may have persistent symptoms beyond that time, up to ten or more years or a lifetime. In this particular case, it remains to be seen whether he will have resolution of his symptoms or whether he will have some persistent lifetime symptoms. I am hopeful that his symptoms will continue to improve over the next year or more.
4. With respect to whether the patient is able to perform the job defined, Mr. Gamradt would be capable of performing nearly all portions of the job, however, he would not have full functional capacity in adverse environments or with brisk or strenuous physical activities. The duration with which these symptoms will continue is undetermined, and will require frequent reevaluation (at least every three months).
5. Regarding whether or not there are restrictions on the patient's general activity, form OWCP-5, has been filled out and included with this medical record. Physical activity in brief is restricted by factors described above, temperature extreme, airborne particles, gas fume, exertion requiring running or carrying loads. These restrictions are most probably to be temporary and again the duration is undetermined at this time and requires frequent reevaluation.
6. With respect for recommendations for further medical treatment, I have discussed with Mr. Gamradt his current medications. My recommendation would be for him to increase his Serevent to four puffs twice a day and to try adding Atrovent, which is another bronchodilator to see if this would improve control of his symptoms and to reevaluate this in roughly four weeks. He will be able to identify whether this has improved his tolerance of the stated provoking situations fairly quickly, as he is pushing himself on a daily basis.
7. With respect to question of when I expect Mr. Gamradt to achieve full recovery, this has been described fairly

---

comprehensively already in his medical record. I am hopeful he will have improvement in his symptoms and be able to return to the job for which he has worked for many years and has been very much suited for and satisfied with. He is exceedingly frustrated with his limitations and needs to get back to work, both from a financial and a self esteem perspective.

cc: 04/30/99

JMF:EDiX11411 C:
D: 04/30/99 07:04 T: 04/30/99 08:20 DOCUMENT: 990430114053952600

---

Park Nicollet Clinic HealthSystem Minnesota
3800 Park Nicollet Blvd., Mpls., MN 55416 (612) 993-3617

*** MEDICAL RECORD COPY *** PAGE

NAME GAMRADT TIMOTHY CHART 1-59-80-9C
DOB 10/26/1967 HOME PHONE 218-384-9311 WORK PHONE
ORDER BY DR. JOAN FOX, M.D. LOC 1N DEPT PULMONARY M
PROOF BY CHUNG LEE, M.D. TECH S. KAMPA RT
RFRD BY
COPY TO
EXAM LOC 1N HCL 1N RJL 1N ORD NUM LINE NUM

---

PA LAT CXR 04/23/99

CLINICAL DATA: REACTIVE AIRWAYS SYNDROME

FINDINGS:
CH1
THE CARDIOVASCULAR STRUCTURES APPEAR NORMAL.
NO EVIDENCE OF ACTIVE PULMONARY DISEASE.

IMPRESSION:
NORMAL CHEST.

READ BY CHUNG LEE, M.D. EXAM DATE 04/23/99
RADIOLOGY EXAM PA LAT CXR RESULT 127104