UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

TIMOTHY GAMRADT and CARLA GAMRADT, husband and wife,

Plaintiffs,

vs.

DEFENSE TECHNOLOGY CORPORATION OF AMERICA,

Defendant.

Case No. 02 CV 816 JMR/RLE

**STIPULATION FOR AMENDMENT OF PRE-TRIAL ORDER**

---

The parties, through their undersigned counsel, stipulate and agree as follows:

1. That the discovery deadline set forth in the Pre-Trial Order of March 2005 in this matter may be extended to January 1, 2006.

2. That the time in which the parties may seek to amend the pleadings or add parties may be extended until October 1, 2005.

3. That deadlines for disclosure of expert witness opinions in accordance with Rule 26(a)(2)(B), Federal Rules of Civil Procedure, may be amended to require that plaintiffs' disclosures shall be made on or before November 1, 2005, and defendant's disclosures shall be made on or before December 1, 2005.

4. That the deadline for dispositive motions to be served and filed may be changed to March 15, 2006.

5. That the date on which this case shall be deemed ready for trial may be changed to May 1, 2006.

Dated: August 17, 2005.

s/Andrew Engebretson

Andrew Engebretson #26797
*Attorney for Plaintiffs*
300 Beal Building
5 North Third Avenue West
Duluth, Minnesota 55802
218/786-0565
218/786-0589 FAX

**SCHNEIDER LAW OFFICE**

Dated: August 17, 2005.

s/Steven W. Schneider
Steven W. Schneider #130795
*Attorney for Defendant Defense Technology Corporation of America*
P.O. Box 16
Duluth, Minnesota 55801-0016
218/391-4315
218/724-7841 FAX

and

**REYELTS LEIGHTON BATEMAN HYLDEN & STURDEVANT, LTD.**

By s/Charles B. Bateman
Charles B. Bateman #135343
*Attorneys for Defendant Defense Technology Corporation of America*
700 Providence Building
332 West Superior Street
Duluth, Minnesota 55802
218/727-6833
218/727-4632 FAX