UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Timothy Gamradt and Carla Gamradt,
husband and wife,

Plaintiffs,

vs. ORDER

Federal Laboratories, Inc.;
Mace Securities International; and
Defense Technology Corporation
of America,

Defendants. Civ. No. 02-816 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

On August 17, 2005, the parties filed a Stipulation for Amendment of Pre-Trial Order [Docket No. 80]. A telephonic status conference was conducted with the Court, Andrew Engebretson, counsel for the Plaintiffs and Steven W. Schneider, counsel for the Defendant Defense Technology Corporation of America.

Good cause having been shown, the Court will approved the Stipulation.

NOW, THEREFORE, It is --

ORDERED:

That the parties' Stipulation For Amendment of Pre-Trial Order [Docket No. 80] is approved, and the Pretrial Order dated March 9, 2005, is amended as follows:

1. The period during which the parties may conduct all discovery shall terminate on **January 1, 2006**. Disputes with regard to pre-discovery disclosures or discovery shall be called immediately to the Court's attention by the making of an appropriate Motion, and shall not be relied upon by any party as a justification for not adhering to this Pretrial Schedule. No further or additional discovery shall be permitted after the above date except by leave of the Court for good cause shown, and agreements between counsel which contravene the provisions of this Schedule will not be recognized. However, upon agreement of counsel, or with leave of the Court, depositions in lieu of in-Court testimony may be taken after the close of discovery.

2. That all Motions which seek to amend the pleadings or add parties must be filed and the Hearing thereon completed on or before **October 1, 2005**.

3. That within the foregoing period allotted for discovery, but no later than the dates set forth below, the parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial. Each party's disclosure shall identify each expert and state the subject matter on which the expert is expected to testify. The disclosure shall be accompanied by a written report prepared and signed by the witness. As required by Rule 26(a)(2)(B), Federal Rules of Civil Procedure, the report shall contain:

a. The qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years;

b. The compensation to be paid for the study and testimony;

c. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years;

d. A complete statement of all opinions to be expressed and the basis and reasons therefor;

e. The data or other information considered by the witness in forming the opinions; and

f. Any exhibits to be used as a summary of or support for the opinions.

The Plaintiff's expert disclosures shall be made on or before **November 1, 2005**. The Defendant's expert disclosures shall be made on or before **December 1, 2005**.

4. That all dispositive Motions shall be filed and the Hearing thereon completed prior to **March 15, 2006.** All dispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(b) and the Electronic Case Filing Procedures For the District of Minnesota. Counsel are forewarned that six to eight weeks advance notice is necessary to place a dispositive Motion on the calendar.

5 That this case shall be ready for Trial on **March 15, 2006**[1], or 30 days after the Court renders its Order on any dispositive Motion (whichever is later), at which time the case will be placed on the Court's **Jury** Trial calendar.

6. All other deadlines in the Pretrial Order dated March 9, 2005, shall remain in full force and effect.

---

[1]**THIS DATE IS NOT A TRIAL SETTING DATE**. The parties will be notified by the Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case will be placed on the Trial Calendar. The above date is merely a notice to all parties to consider the case ready for trial as of this date. **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED**.

BY THE COURT:

Dated: August 18, 2005

s/Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE