# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Timothy Gamradt, et. al, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiffs, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02cv816 (JMR/RLE) |
| | ) | Date: August 18, 2005 |
| Defense Technologies Corporation, et al | ) | Tape No: 05-47 |
| | ) | Time Commenced: 11:30 a.m. |
| Defendants. | ) | Time Concluded: 11:35 a.m. |
| | ) | Time in Court: 0 Hours & 5 Minutes |

Hearing on: Status Conference

## APPEARANCES:

Plaintiff: Andrew P. Engebretson
Defendant: Steven W. Schneider

## PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ Status conference.
- ☒ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☒ Written order forthcoming.

s/J.D. Schmid
Signature of Law clerk