In the United States District Court
For the District Of Minnesota
Fifth Division

| | |
|---|---|
| Timothy Gamradt and Carla Gamradt, husband and wife,<br>Plaintiffs,<br><br>vs.<br><br>Federal Laboratories, Inc., Mace Securities International, and Defense Technology Corporation of America,<br>Defendants. | Civ. File No. 02 CV 816 JMR/RLE |

**Notice of Motion for Summary Judgment of Defendant Defense Technology Corporation of America**

TO: Timothy and Carla Gamradt and Andrew Engebretson, their attorney:

PLEASE TAKE NOTICE that the motion for summary judgment of Defendant Defense Technology Corporation of America will be heard on May 16, 2006, before the Honorable James Rosenbaum, in Courtroom 3 at the United States Courthouse, Minneapolis, Minnesota, at 11:00 a.m., or as soon thereafter as counsel may be heard.

Dated: March 31, 2006.

**Schneider Law Office**

**/s/ Steven W. Schneider**
Steven W. Schneider #130795
*Attorney for Defense Technology Corporation of America*
P.O. Box 16
Duluth, MN 55801-0016
218/391-4315

and

**Reyelts Leighton Bateman Hylden & Sturdevant, Ltd.**

Charles B. Bateman #135343
Tracy A. Schramm #313245
*Attorney for Defense Technology Corporation of America*
700 Providence Building
332 West Superior Street
Duluth, Minnesota 55802
218/727-6833