In the United States District Court
For the District Of Minnesota
Fifth Division

| | |
|---|---|
| Timothy Gamradt and Carla Gamradt, husband and wife,<br>Plaintiffs,<br><br>vs.<br><br>Federal Laboratories, Inc., Mace Securities International, and Defense Technology Corporation of America,<br><br>Defendants. | Civ. File No. 02 CV 816 JMR/RLE |

**Affidavit of Steven W. Schneider in Support of Motion for Summary Judgment of Defendant Defense Technology Corporation of America**

Steven W. Schneider, being sworn, states:

Attached to this affidavit are true and correct copies of the following exhibits referred to in the Memorandum in Support of Motion for Summary Judgment of Defendant Defense Technology Corporation of America:

1. Exhibit 1 - selected provisions of the Asset Purchase Agreement of August 23, 1996.
2. Exhibit 2 - Escrow Agreement of September 30, 1996.
3. Exhibit 3 - Articles of Amendment and Appointment of Registered Agent.
4. Exhibit 4 - Settlement Agreement and Mutual Release.
5. Exhibit 5 - Gamradt deposition of February 23, 2003.
6. Exhibit 6 - No. 98 Tactical Continuous Discharge Grenade catalog page.
7. Exhibit 7 - letter of September 20, 2005 from Andrew Engebretson.
8. Exhibit 8 - Plaintiff's Response to Defendant's Request for Admission.
9. Exhibit 9 - Dr. Thomas Mulrooney letter of May 20, 2003.

10. Exhibit 10 - Deposition of Dr. Thomas Mulrooney, taken February 1, 2006.
11. Exhibit 11 - Court Order, dated September 2, 2003.

Further your affiant sayeth not.

**/s/ Steven W. Schneider**
Steven W. Schneider

Subscribed to and sworn
before me this 31st
day of ______March,
2006.

________________________
Notary Public