UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

Timothy Gamradt and Carla Gamradt,

Plaintiffs,

**AFFIDAVIT OF ANDREW ENGEBRETSON**

v.

Federal Laboratories, Inc.,
Mace Securities International,
and Defense Technology Corporation
of America,

Defendants.

Case No. 02-816

---

STATE OF MINNESOTA )
)ss
COUNTY OF ST. LOUIS )

Andrew Engebretson, being first duly sworn, deposes and says as follows

That he is the attorney for the Plaintiffs above-named;

That attached hereto and made a part hereof by reference is copies of pages 5, 6 & 7 of the affidavits of the deposition of one Duane Cisar along with Exhibits 1 & 2 to said deposition;

That at page 6, lines 7 -25 of said deposition and at page 7, lines 1& 2 of said deposition written of Cisar identified the canisters pictured at the first page of Cisar Exhibit 2 as being pictures of the kind of canister that was involved;

That Exhibit 1 is a memorandum of the events that transpired on the date of the injury was prepared by the witness Cisar;

That in submitting this affidavit as well as other materials in opposition to the motion of the Defendant for summary judgment, your affiant had confused in his mind

that the provisions of Rule 115.03(b) of the General Rules of Practice for the District Courts (of Minnesota) which requires that opposing material to a summary judgment motion be served and filed at least nine (9) days prior to the hearing with the provisions of the local Rule 7.1(b)(2) requiring the service and filing of opposing documents at least twenty (20) days prior to the hearing; and

That your affiant believes the delay is without prejudice to the moving party in view of the brevity of the papers filed in opposition and that the same will be filed in sufficient time to permit the moving party to respond within twelve (12) days prior as provided by local Rule 7.1(b)(3).

FURTHER YOUR AFFIANT SAITH NOT.

ANDREW ENGEBRETSON

Subscribed and sworn to before me
on this 28th day of April, 2006.

Notary Public

JESSICA J. PETERSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2007