Q. And was such an after action report done in this particular case?

A. I believe so, yes.

Q. And were you interviewed in connection with the after action report?

A. To the best of my knowledge, I would have been, yes.

Q. And who would have in the ordinary course conducted these interviews?

MR. SCHNEIDER: I'm going to object to foundation at this point based on the witness' prior answers.

BY MR. ENGEBRETSON:

Q. Go ahead. You can answer.

A. Generally speaking, my squad leader would have addressed any concerns, and whatever after action review was taken place by any higher ups would have been -- the information would have been disseminated down through him and would have been related to me.

Q. Mr. Cisar, I'm going to show you what's been marked Plaintiff's Exhibit 1, and I'll ask you if you recognize that particular document?

A. Yes.

Q. And what is it?

A. It is a memorandum of what transpired on that date of the incident, in my own words, and what my action

was at the time -- at the time of when I -- I guess what is at question now, my understanding is about when this smoke was being throwed and what my role was in throwing the smoke.

Q. All right. And does that Exhibit 1 deal with those questions?

A. I believe so, yes.

Q. And to the best of your recollection is the information that you gave at that time true and correct?

A. Yes.

MR. ENGEBRETSON: We'll offer No. 1.

BY MR. ENGEBRETSON:

Q. Now, showing you what has been marked Exhibit No. 2. Do you see a picture of three objects on that exhibit?

A. Yes.

Q. You spoke of a deployment of a smoke grenade in your memorandum. Do those pictures look like the grenade you threw?

A. I believe so. I -- you know, we've used -- I know we've used this type and I believe -- I believe this is it. It's been several years.

Q. But to the best of your recollection?

A. Yes.

Q. That's the picture of the device that was used at

the time?

A. Yes.

Q. Did you make any further examination of the grenade after the incident?

A. No.

Q. Did you look over the grenade before you threw it to see what kind of writing or instructions might have been on the can?

A. Just having looked at it briefly enough to identify it as being black smoke; that's the extent of what I seen on the canister.

Q. After you threw the grenade, as you described in the memorandum, what happened as far as the members of the party was concerned or detail?

A. As soon as the canister was deployed into the stairwell, it just took a matter of a few seconds and the stairwell turned totally black. You couldn't see your hand in front of your face. My supervisor gave us the green light to go. It was go, go. Our team in a column formation; one hand on the person in front of you. You couldn't see him in front of you. We breached the stairwell. It was continuous blackout until we had made it through the stairwell and out into the hallway and into nearby rooms, adjacent to the hallway.

Q. Were you personally affected by the smoke in any