**U.S. Department of Justice**

*Federal Bureau of Prisons*

*Federal Correctional Institution* *Sandstone, Minnesota 55072*

JUNE 18,1998

MEMORANDUM FOR:CAPTAIN INEZ SMITH

FROM: [redacted]

SUBJECT: JUNE 2ND S.O.R.T. SCENARIO

Upon clearing and securing of the lower level of the building in which the scenario was being held in fpc duluth, we received fire from the stairwell leading too the second floor. I was in the doorway leading into the stairwell providing cover and was in a position to advance. [redacted] was immediately too my left. I asked him for a flash bang so that we could make a entry with shock, speed and surprise minimizing risks to ourselves. He stated that we didn't have any left and too throw smoke. He then handed me a smoke grenade and said to make it good. I was unable to throw it onto the second floor without exposing myself too fire due too the stairwell being two directional with a landing midway. I threw the smoke grenade onto the landing and the stairwell was immediately engulfed with black smoke. Proper preparation had not been taken to apply gas masks and we were in a position to move due to the smoke overtaking our position. We then did a entry through the smoke up the staiwell too the second level.

I believe we made too hasty of a decision without first looking at the repurcussions of our actions. We utilized the improper device trying too make best of a dangerous situation with what we had available. At best it was a very good learning experience.

DEPOSITION EXHIBIT
Plaintiff-1
1-29-05