NO. 98 TACTICAL CONTINUOUS DISCHARGE GRENADE
CN, CS AND SMOKE

# NO. 98 TACTICAL CONTINUOUS DISCHARGE GRENADE CN, CS AND SMOKE

***The No. 98 is very compact and may be hand thrown or launched from a shotgun. It has an aluminum body with pelletized agent and M201A1 fuze. Irritant is discharged through one gas port on the bottom of the grenade. We recommend the No. 98 for outdoor use only.***



- **APPLICATION:** The No. 98's compact size allows for concealment, yet quick access for tactical situations.
- **CONSTRUCTION:** Aluminum body with pelletized agent and fuze.
- **OPERATION:** Irritant or smoke discharged through one (1) gas port on bottom of grenade. Due to pyrotechnic nature of grenade, it is recommended for outdoor use only.
- **DESIGN FEATURES:**
  - Diameter: 1.4 inches (3.6 cm)
  - Length: 5 inches (12.7 cm)
  - Agent weight:
    - .09 ounces (26 grams) CN and CS
  - Total Weight:
    - 6.0 ounces (168 grams) CN and CS
    - 6.0 ounces (168 grams) SMOKE
- **PERFORMANCE:**
  - Effective range: 90 yards (82 meters) when launched
  - Discharge time: 25 seconds
- **REFERENCES:**
  - CN: Product Code 1015
  - CS: Product Code 1016
  - SMOKE: Product Code 1017

*Specifications Subject to change without notice.*

DEPOSITION EXHIBIT C
Plaintiff - 2
6·29·05

DEFENSE TECHNOLOGY CORP. OF AMERICA
P.O. BOX 240 - 2136 OIL DRIVE - CASPER, WYOMING 82604-1511 U.S.A.
(800) 733-3832 - (307) 235-2136 - FAX (307) 473-2605