# No. 3 CONTINUOUS DISCHARGE GRENADE - CN, CS & SMOKE

**Product Specifications:**
(Subject to change without notice. All specifications are averages.)

Diameter: ..........................................2.3 inches (5.8 cm)
Length: ....................CN/CS .............5.5 inches (14 cm)
S.......................6.0 inches (15.2 cm)
Fuze Type: .........................................M201A1
Discharge Time: .....CN/CS .............30 - 40 seconds
S.......................1.5 - 2 minutes
Launchable: .......................................Yes
Warranty: ..........................................4 Years From Date of Mfg.

**Weights:**

Active Agent: ..........CN/CS .............2.7 oz. (76.5 grams)
Total Munition: ........CN/CS .............14 oz. (400 grams)
S.......................26 oz. (740 grams)




**Shipping:**

**1081-1082**
UN Number: .....................................1700 Tear Gas Candles
HAZ/COM Class: ..............................6.1- 4.1
Explosive Content: ..........................6 grams

**1083-2093**
UN Number: .....................................0303 Ammunition, Smoke
HAZ/COM Class: ..............................1.4G
Explosive Content: ..........................11 grams

| **Product Codes:** | CN | 1081 | White Smoke | 1083 |
|---|---|---|---|---|
| | CS | 1082 | Black Smoke | 2093 |

3 CN 3 CS

**Operation:** In the CN and CS configurations, pelletized chemical agent is discharged through four (4) gas ports located on top and one (1) on the base of the canister. In the Smoke configuration, smoke is discharged through four (4) gas ports located on top of the canister.

**Applications:** It is designed specifically for outdoor use in crowd control/civil disturbance situations. It should not be deployed onto rooftops, in crawl spaces or indoors due to its fire producing capability. Hand thrown (or launchable to 90 yards). Launching of grenades is excellent for keeping the deploying officers out of the range of hand thrown objects.

Affords very good coverage for large outdoor areas. When used in a CN or CS configuration, it is not recommended in areas where the oxygen level could be reduced to a level of less than 19.5%.

In the smoke configuration, it can be utilized as a carrying agent/multiplier for smaller CN or CS munitions or for concealing the movement of agency personnel. It may also be used as a distraction to focus attention away from other activities.

**Notes:** The No. 3 grenade is smaller in overall size and weight than the No. 2 grenade and is similar in design and function to the military M-8 grenades. It will not function in the older style "large" launching cups. This device is launchable from a 37/38 mm gas gun utilizing the No. 32 launching cup and the No. 36 launching cartridge or from a 12 gauge shotgun utilizing the No. 33 launching cup and the No. 35 launching cartridge. To be used only by trained law enforcement, corrections or military personnel.

# No. 98 TACTICAL CONTINUOUS DISCHARGE GRENADE CN, CS & SMOKE

**Product Specifications:**

(Subject to change without notice. All specifications are averages.)

Diameter: ........................................1.4 inches (3.6 cm)
Length: ............................................4.75 inches (12 cm)
Fuze Type: .......................................M201A1
Discharge Time: .....CN/CS/S ..........20 - 25 seconds
Launchable: .......................................Yes
Warranty: .........................................4 Years From Date of Mfg.




**Weights:**

Active Agent: ..........CN/CS .............0.9 oz. (25.5 grams)
Total Munition: ........CN/CS .............6.7 oz. (190 grams)
S .......................6.5 oz. (185 grams)

**Shipping:**

**1015-1016**
UN Number: .......................................1700 Tear Gas Candles
HAZ/COM Class: ...............................6.1- 4.1
Explosive Content: ...........................6 grams

**1017**
UN Number: .......................................0303 Ammunition, Smoke
HAZ/COM Class: ...............................1.4G
Explosive Content: ...........................6 grams

**Product Codes:** CN 1015 CS 1016 White Smoke 1017

**Operation:** Pelletized chemical agent or smoke is discharged through one (1) gas port on the bottom of the grenade.

**Applications:** Designed specifically for outdoor use in crowd control/civil disturbance situations. *Compact design allows for easy access and concealment.* It can be used in conjunction with other smoke grenades to limit the amount of agent dispersed. Hand thrown (or launchable to 120 yards). Launching of grenades is excellent for keeping deploying officers out of the range of hand thrown objects.

When utilized in the smoke configuration, this device works as an excellent wind direction indicator or signaling device. It <u>should not</u> be deployed onto rooftops, in crawl spaces or indoors due to its fire producing capability.

When used in a CN or CS configuration, it is not recommended in areas where the oxygen level could be reduced to a level of less than 19.5%.

**Notes:** This device is launchable from a 12 gauge shotgun utilizing the No. 100 launching cup/TKO stand-off and the No. 35 launching cartridge. When launching the No. 98, remove fuze assembly prior to launching (as the launching cartridge will ignite the device without the use of the fuze assembly). To be used only by trained law enforcement, corrections or military personnel.