**ANDREW ENGEBRETSON**
**Attorney at Law**

300 Beal Building
5 North Third Avenue West
Duluth, MN 55802

(218) 786-0565
Fax: (218) 786-0589

STATE OF MINNESOTA )
)ss
COUNTY OF ST. LOUIS )

**AFFIDAVIT OF SERVICE BY MAIL**

Jessica J. Peterson, of the City of Duluth, County of St. Louis, in the State of Minnesota, being first duly sworn, says that on the 28th day of April, 2006, she served the following documents:

1. Affidavit of Andrew Engebretson;
2. Memorandum in Opposition to motion of Defendant for Summary Judgment;

by depositing a true and correct copy thereof in a sealed envelope duly addressed to:

Schneider Law Office
ATTN: Steven W. Schneider
P.O. Box 16
Duluth, MN 55801-0016

Mr. Charles B. Bateman
Attorney at Law
332 West Superior Street, Ste. 700
Duluth, MN 55802-1801

Reyelts Leighton et al.
ATTN: Tracy A. Schramm
332 West Superior Street
Suite 700
Duluth, MN 55802-1801

and depositing same in the post office at Duluth, Minnesota, postage prepaid.

Jessica J. Peterson (signature)
Jessica J. Peterson

Subscribed and sworn to before me
this 28th day of April, 2006.

Andrew Engebretson (signature)
Notary Public

ANDREW ENGEBRETSON
NOTARY PUBLIC MINNESOTA
ST. LOUIS
MY COMMISSION EXPIRES
01/31/2010