# ANDREW ENGEBRETSON
**Attorney at Law**

300 Beal Building
5 North Third Avenue West
Duluth, MN 55802

(218) 786-0565
Fax: (218) 786-0589


April 28, 2006

US Courthouse
Clerk of Court
Room 417
515 West First Street
Duluth, MN 55802

RE: Our Clients: Timothy Gamradt & Carla Gamradt
Court File No.: 02-816 (JMR/RLE)
SSN: [redacted]1143

redacted 5/1/06 JB

Dear Clerk:

Enclosed, for filing, please a CD-R disc with the following .pdf documents:

1. Memorandum in Opposition to Motion of Defendant for Summary Judgment;
2. Affidavit of Andrew Engebretson; and
3. Affidavit of Service of April 28, 2006.

Our office has been experiencing technical difficulties with the electronic filing.

If you should have any questions, please do not hesitate to contact our office.

Very truly yours,

**DICTATED BUT NOT READ**

Andrew Engebretson
AE/jjp

Enclosures

SCANNED
MAY 1 - 2006
U.S. DISTRICT COURT DULUTH