U.S. District Court

[redacted]

15 E, 300 South 4th Street
Mpls., Mn. 55414
664-5053
Fax: 664-5054

May 10, 2006

COUNSEL OF RECORD

RE: Cv.#02-816 Timothy Gamradt, et al v. Defense Tech Corp of America

Dear Counsel:

Please be advised that Chief Judge James Rosenbaum has ***cancelled*** the motion hearing in the above-styled case that was scheduled for May 16, 2006 @ 11:00 a.m.

Please call if you have any questions. Thank you.

Sincerely,

s/Heather Labat
Calendar Clerk to Chief
Judge James Rosenbaum
Work - 612-664-5053
Fax - 612-664-5154
e-mail Heather_Labat@mnd.uscourts.gov