UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-816(JMR/RLE)

| | | |
|---|---|---|
| Timothy Gamradt and<br>Carla Gamradt | ) | |
| v. | ) | ORDER |
| Federal Laboratories, Inc.,<br>et al. | ) | |

This matter is before the Court on defendant's motion for summary judgment. The Court finds there are disputed material issues of law and fact that preclude summary judgment. Accordingly, defendant's motion [Docket No. 84] is denied.

IT IS SO ORDERED.

Dated: May 26, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge