UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * * * * * *

Timothy Gamradt and Carla Gamradt,

Plaintiffs,

vs. ORDER

Defense Technology Corporation of America,

Defendant. Civ. No. 02-816 (JMR/RLE)

* * * * * * * * * * * * * * * * * * * * * * *

On July 5, 2007, the undersigned issued an Order setting a Settlement Conference in the above-entitled matter for Wednesday, August 1, 2007, at 9:00 a.m., in Court Room No. 3, United States Courthouse, Duluth, Minnesota. Circumstances have arisen beyond this Court's control, necessitating the need to change the date and time of the Settlement Conference.

THEREFORE, It is --

ORDERED:

That the Settlement Conference set for Wednesday, August 1, 2007, at 9:00 a.m. is reset to **Wednesday, August 15, 2007, at 9:00 a.m. in Court Room No. 3, United States Courthouse, Duluth, Minnesota**. All other aspects of this Court's Settlement Conference Order dated July 5, 2007, remain in full force and effect.

BY THE COURT:

s/Raymond L. Erickson

Dated: July 9, 2007

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE