UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Timothy Gamradt and
Carla Gamradt,

Plaintiffs,

vs. NOTICE OF STATUS CONFERENCE

Defense Technology Corporation
of America,

Defendant. Civ. No. 02-816(JMR/RLE)

* * * * * * * * * * * * * * * * * *

A Status Conference in the above-entitled matter, is scheduled for **Monday, August 13, 2007, at 9:45 a.m., Court Room 3, U.S. Courthouse, 515 W. First St., Duluth, Minnesota,** before Chief Magistrate Judge Raymond L. Erickson. This Status Conference may be conducted by telephone and counsel for the Defendant is to make the necessary arrangements.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE

DATED: August 2, 2007