# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Timothy Gamradt and Carla Gamradt, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiffs, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02cv-816 (JMR/RLE) |
| | ) | Date: August 13, 2007 |
| Defense Technology Corp. of America, | ) | Time Commenced: 9:45 a.m. |
| | ) | Time Concluded: 10:00 a.m. |
| Defendant. | ) | Time in Court: 0 Hours & 15 Minutes |
| | ) | |

Hearing on: **Status Conference**

## APPEARANCES:

Plaintiff: Andrew P. Engebretson, Louis A. Stockman
Defendant: Charles B. Bateman, Steven W. Schneider

## PROCEEDINGS:

☒ Status conference.

IT IS ORDERED:

The parties are directed to contact the Department of Labor regarding the need to appear at a forthcoming Settlement Conference currently set for August 15, 2007 at 9:00 a.m. in Duluth, and to contact the Court if all parties are not able to appear at that Settlement Conference.

s/dkb
Judicial Law Clerk