UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Timothy Gamradt and Carla Gamradt,

Plaintiffs,

vs. NOTICE OF STATUS CONFERENCE

Defense Technology Corp. of America,

Defendant. Civ. No. 02-816(JMR/RLE)

* * * * * * * * * * * * * * * * * *

A Status Conference in the above-entitled matter, is scheduled for **Monday, November 26, 2007, at 10:00 a.m., Court Room 3, U.S. Courthouse, 515 W. First St., Duluth, Minnesota,** before Chief Magistrate Judge Raymond L. Erickson. This Status Conference may be conducted by telephone and the Court will initiate the telephone conference. The parties are directed to contact Victoria L. Miller, Judicial Assistant - 218-529-3520 - with the telephone numbers that the parties may be reached.

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE

DATED: November 15, 2007