# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Timothy Gamradt et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiffs, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02cv-816 (JMR/RLE) |
| | ) | Date: November 26, 2007 |
| Federal Laboratories, et al., | ) | Court Reporter: 07-69 |
| | ) | Time Commenced: 10:00 a.m. |
| Defendants. | ) | Time Concluded: 10:15 a.m. |
| | ) | Time in Court: 0 Hours & 15 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: Andrew P. Engelbretson
Defendant: Charles B. Bateman, Steven W. Schneider

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ Status conference.
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ___________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☒ Written order forthcoming.

s/Deborah K. Broderson
Judicial Law Clerk