UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Timothy Gamradt, and Carla Gamradt,

Plaintiffs,

vs. MINUTE ORDER

Defense Technology Corporation of America,

Defendant. Civ. No. 02-816 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

On November 26, 2007, the Court conducted a further Status Conference in this matter. The last Status Conference concluded on August 13, 2007, with the Court directing counsel to contact the United States Department of Labor, which holds a lien on the award of any potential damages to the Plaintiff, in order to enlist its participation in a Settlement Conference, or waive its lien interest. Thereafter, counsel did not report back to the Court, and therefore, we scheduled a Conference to again address the status of this matter.

Counsel for the Plaintiffs advises that he understood that the attorney, who apparently assumed his law practice -- Louis A. Stockman ("Stockman") -- would be

appearing on behalf of the Plaintiffs, but Stockman has not noted his appearance in this matter, and is not admitted to practice before this Court. As we advised counsel, during the course of the Conference, this is the oldest case over which the undersigned has supervisory responsibility. It advantages no one for this case to continue to languish while the Plaintiffs seek substitute legal counsel who is admitted to practice in this Court. We understand the concerns of the Plaintiffs' current counsel, who advises that he is not capable of continuing in his representation of the Plaintiffs, and we will accommodate him one last time in his search for substitute counsel.

Accordingly, we continue the Status Conference **until January 7, 2008, at 10:00 o'clock a.m., in Courtroom No. 3, at the Gerald W. Heaney Federal Building and United States Courthouse and Customhouse, 515 West First Street, Duluth, Minnesota 55802**. If, at that time, the Plaintiffs are unable to proceed with this case, either through represented counsel, or on their own behalf, we will have no option but to recommend the dismissal of the action for want of prosecution. In addition to seeking substitute counsel, counsel for the Plaintiffs should renew his contacts with the United States Department of Labor to seek their participation in a renewed Settlement Conference, or a waiver of any lien interest.

NOW, THEREFORE, It is --

ORDERED:

For cause shown, we continue the Status Conference in this matter **until January 7, 2008, at 10:00 o'clock a.m., in Courtroom No. 3, at the Gerald W. Heaney Federal Building and United States Courthouse and Customhouse, 515 West First Street, Duluth, Minnesota 55802**.

BY THE COURT:

Dated: November 26, 2007

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE