UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

-----------------------------------

**Timothy Gamradt and Carla Gamradt**,

Plaintiffs,

vs.

**Federal Laboratories, Inc., Mace Securities International, and Defense Technology Corporation of America,**

Defendants.

-----------------------------------

**NOTICE OF APPEARANCE**

**Case No. 02-816(JMR/RLE)**

TO: The above-named Defendants, **Federal Laboratories, Inc., Mace Securities International, and Defense Technology Corporation of America**:

The undersigned attorneys hereby notify the Court and counsel that Joseph Leoni and Carver Richards shall appear as counsel of record for Plaintiffs Timothy Gamradt and Carla Gamradt in this case.

Dated this 11th day of December, 2007.

THE TRENTI LAW FIRM
225 First Street North, Suite 1000
P.O. Box 958
Virginia, MN 55792
(218) 749-1962
Attorneys for Plaintiffs

/S/ Carver Richards
Carver Richards
Attorney Reg. No. 91339

/S/ Joseph Leoni
Joseph Leoni
Attorney Reg. No. 163053