UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

-----------------------------------

**Timothy Gamradt and Carla Gamradt**,

Plaintiffs,

vs.

**Federal Laboratories, Inc., Mace Securities International, and Defense Technology Corporation of America,**

Defendants.

-----------------------------------

**SUBSTITUTION OF ATTORNEYS AND CONSENT**

**Case No. 02-816(JMR/RLE)**

TO: The above-named Defendants, **Federal Laboratories, Inc., Mace Securities International, and Defense Technology Corporation of America**:

YOU WILL PLEASE TAKE NOTICE, that the undersigned have been substituted in the place and instead of Andrew Engebretson, as attorneys for Plaintiffs in this action.

THE TRENTI LAW FIRM
225 First Street North, Suite 1000
P.O. Box 958
Virginia, MN 55792
(218) 749-1962
Attorneys for Plaintiffs

/S/ Carver Richards
Carver Richards
Attorney Reg. No. 91339

/S/ Joseph Leoni
Joseph Leoni
Attorney Reg. No. 163053

CONSENT

The undersigned hereby consents to the substitution of John Carver Richards and Joseph Leoni as attorneys for Petitioner in the above-entitled matter.

Dated this 11th day of December, 2007.

/S/ Andrew Engebretson
**Andrew Engebretson**
**Attorney Reg. No. 26797**
**300 Beal Building**
**5 North Third Avenue West**
**Duluth, MN 55802**