# THE TRENTI LAW FIRM

**ATTORNEYS**
Sam A. Aluni
Paul D. Cerkvenik
Joseph Lyons-Leoni*+
Scott C. Neff ++
Tracy R. Podpeskar
J. Carver Richards
Patrick J. Roche*
Robert H. Stephenson

225 First Street North
Suite 1000
P.O. Box 958
Virginia, MN 55792
(218)749-1962
FAX (218)749-4308
E-mail (trenti@trentilaw.com)

**RETIRED**
Vernon D. Saxhaug
John A. Trenti

**LEGAL ASSISTANTS**
Barbara Shosten
Donna M. Leritz
Kristen M. Hennis
Sharon K. Frederickson

December 11, 2007

Honorable Raymond L. Erickson
United States Magistrate Judge
Room 412
United States Courthouse
515 W. 1st St.
Duluth, MN 55802

Re: Gamradt v Defense Technology Corporation of America
Civil Case # : 02 – 816(JMR/RLB)

Dear Judge Erickson:

We just met with Timothy Gamradt on Friday, December 7, 2007. We are in the process of organizing this rather unwieldy file in order to analyze same.

We have supplied Andrew Engebretson with a Substitution of Attorneys and will file same along with a Notice of Appearance with the Federal Court.

We are aware of and have scheduled the status conference for January 7, 2008. At least at this time, we see no reason to continue the status conference.

At this point and as of this writing, we have not concluded whether or not and to what extent further discovery is required.

Very truly yours,

/S/ Carver Richards

Carver Richards

cc: Steven Schneider

**+Civil Trial Specialist Certified by the National Board Trial Advocacy** **++Real Property Law Specialist Certified by Minnesota State Bar Association**
***Civil Trial Specialist Certified by the Minnesota State Bar Association**