UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Timothy Gamradt, and Carla Gamradt,

Plaintiffs,

vs. MINUTE ORDER

Defense Technology Corporation of America,

Defendant. Civ. No. 02-816 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

On January 7, 2008, the Court conducted a Status Conference in this matter. The last Status Conference concluded on August 13, 2007, with the Court directing counsel to contact the United States Department of Labor, which holds a lien on the award of any potential damages to the Plaintiff, in order to enlist its participation in a Settlement Conference, or waive its lien interest. Thereafter, counsel did not report back to the Court, and therefore, we scheduled a Conference on November 26, 2007, to again address the status of this matter. At that time, counsel for the Plaintiff advised that he understood that the attorney, who apparently assumed his law practice -- Louis A. Stockman ("Stockman") -- would be appearing on behalf of the Plaintiffs, but

Stockman had not noted his appearance in this matter, and had not been admitted to practice before this Court. Consequently, we continued that Status Conference until January 7, 2008, in order to allow counsel for the Plaintiff to obtain substitute legal counsel who is admitted to practice in this Court.

At the Status Conference that was held on January 7, 2008, Joseph Lyons-Leoni, Esq., made an appearance on behalf of the Plaintiffs, and assured the Court that he had undertaken their representation. At that time, the Plaintiffs also asked for an extension of time, in which to conduct further discovery in this matter.

As an initial matter, we direct the parties to engage in a responsible "meet and confer," as soon as is reasonably practicable, so as to assure that this case can be resolved in a speedy manner, whether through motion practice, in settlement, or at Trial. The parties shall have an extension of **three (3) months** from the date of this Order -- that is, until **April 7, 2008** -- in which to conduct discovery. At the end of that discovery period, the parties are directed to contact the Court, so as to set a time and date for a Settlement Conference. As always, counsel are encouraged to use the Court's informal procedure for the resolution of pretrial disputes should any disagreements arise during the course of the limited reopening of discovery.

NOW, THEREFORE, It is --

ORDERED:

1. That the deadline for the close of discovery is extended to three (3) months from the date of this Order -- that is, until **April 7, 2008**.

2. That at the close of discovery, the parties are directed to contact the Court to schedule a date and time for a Settlement Conference.

BY THE COURT:

Dated: January 7, 2008

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE