# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Timothy Gamradt and Carla Gamradt, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiffs, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02cv-816 (JMR/RLE) |
| | ) | Date: March 20, 2008 |
| Federal Laboratories, et al., | ) | Court Reporter: 08-16 |
| | ) | Time Commenced: 11:00 a.m. |
| Defendants. | ) | Time Concluded: 11:15 a.m. |
| | ) | Time in Court: 0 Hours & 15 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: Joseph Lyons-Leoni
Defendant: Steven W. Schneider

PROCEEDINGS:

☒ Status conference.
☐ Dates discussed for the progression of the case.

IT IS ORDERED:

☒ Written order forthcoming.

s/Deborah K. Broderson
Judicial Law Clerk