UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Timothy Gamradt, and Carla Gamradt,

Plaintiffs,

vs. MINUTE ORDER

Defense Technology Corporation of America,

Defendant. Civ. No. 02-816 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

On March 20, 2008, we conducted a second Status Conference at which deadlines for the progression of this case to Trial were addressed. At the time of the Conference, the Plaintiff appeared by Joseph F. Lyons-Leoni, Esq., and the Defendant appeared by Steven W. Schneider, Esq. Based upon the representations of the parties, and pursuant to Rule 26(a)(2)(B), Federal Rules of Civil Procedure, the Plaintiffs shall have until no later than **May 15, 2008,** by which to provide their expert disclosures, and the Defendant's expert disclosures shall be disclosed by no later than **July 15, 2008**.

As always, counsel are encouraged to use the Court's informal procedure for the resolution of pre-Trial disputes, should any disagreements arise.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiffs shall make their expert disclosures by no later than **May 15, 2008**, and the Defendant shall make its expert disclosures by no later than **July 15, 2008**.

BY THE COURT:

Dated: March 21, 2008

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE