# THE TRENTI LAW FIRM

**ATTORNEYS**
Sam A. Aluni
Paul D. Cerkvenik
Joseph Lyons-Leoni*+
Scott C. Neff ++
Tracy R. Podpeskar
J. Carver Richards
Patrick J. Roche*
Robert H. Stephenson

225 First Street North
Suite 1000
P.O. Box 958
Virginia, MN 55792
(218)749-1962
FAX (218)749-4308
E-mail (trenti@trentilaw.com)

**RETIRED**
Vernon D. Saxhaug
John A. Trenti

**LEGAL ASSISTANTS**
Barbara Shosten
Donna M. Leritz
Kristen M. Hennis
Sharon K. Frederickson

March 21, 2008

Honorable Raymond L. Erickson
United States Magistrate Judge
Room 412
United States Courthouse
515 W. 1st St.
Duluth, MN 55802

Re: Gamradt v Defense Technology Corporation of America
Civil Case # : 02 – 816(JMR/RLB)

Dear Judge Erickson:

I am enclosing a copy of my 3-12-08 letter to Ms. Knox requesting an updated lien. Also enclosed please find a copy of her 2-6-06 and 10-25-04 letters.

Therefore, I only have the lien amounts from 2004. If I can do anything else, please call.

Very truly yours,

JOSEPH LEONI

JLL/ms
Enclosures
cc: Mr. Steve Schneider

+Civil Trial Specialist Certified by the National Board Trial Advocacy ++Real Property Law Specialist Certified by Minnesota State Bar Association
*Civil Trial Specialist Certified by the Minnesota State Bar Association

# THE TRENTI LAW FIRM

**ATTORNEYS**
Sam A. Aluni
Paul D. Cerkvenik
Joseph Lyons-Leoni*+
Scott C. Neff ++
Tracy R. Podpeskar
J. Carver Richards
Patrick J. Roche*
Robert H. Stephenson

225 First Street North
Suite 1000
P.O. Box 958
Virginia, MN 55792
(218)749-1962
FAX (218)749-4308
E-mail (trenti@trentilaw.com)

**RETIRED**
Vernon D. Saxhaug
John A. Trenti

**LEGAL ASSISTANTS**
Barbara Shosten
Donna M. Leritz
Kristen M. Hennis
Sharon K. Frederickson

March 12, 2008

Ms. Rose Knox
U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Prgms.
PO Box 8300 District 10 CHI
London, KY 40742-8300

| | | |
|---|---|---|
| Re: | Employee: | Timothy Gamradt |
| | Date of Injury: | 06/02/98 |
| | SSN: | 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 |
| | File No.: | 100478170 |
| | Our File No.: | 58,844 |

Dear Ms. Knox:

I wrote you on January 24, 2008, and February 26, 2008. Today, I am enclosing a copy of Judge Erickson's Order of November 26, 2007, and January 7, 2008. In these Orders, Judge Erickson has directed that we contact you, get an update of any outstanding lien and advise you of a settlement conference.

A settlement conference has not been set; however, I expect the Court to schedule one in the next few months. Your lien interest and settlement discussions with you prior to that conference would be beneficial. I will advise you of the settlement conference date.

Very truly yours,

JOSEPH LEONI

JLL/ms
Enclosures

+Civil Trial Specialist Certified by the National Board Trial Advocacy ++Real Property Law Specialist Certified by Minnesota State Bar Association
*Civil Trial Specialist Certified by the Minnesota State Bar Association

File Number: ' '478170
O-Th

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMP PROGRAMS
PO BOX 8300 DISTRICT 10 CHI
LONDON, KY 40742-8300
Phone: (312) 596-7157

February 6, 2006

Date of Injury: 06/02/1998
Employee: TIMOTHY L. GAMRADT

ANDREW ENGEBRETSON
ATTORNEY AT LAW
300 BEAL BLDG.
5 NORTH THIRD AVE. W
DULUTH, MN 55802

Dear Sir:

Your January 12, 2006 correspondence regarding the workers' compensation case of Timothy Gamradt is acknowledged.

The Department of Labor cannot waive or compromise the statutory right of reimbursement that arises as a result of the language of§8132. Please refer to the Employees' Compensation Appeals Board (ECAB) decision in Willie E. Cantrell, 13 ECAB 490, at 493 (1962), in which the ECAB stated that the "terms of the [FECA] are specific as to what shall be charged against the proceeds of a third-party recovery and neither the Bureau (OWCP's predecessor agency) nor the Board has the authority to waive or compromise the requirements of the Act."

If I may be of further assistance, please advise.

Sincerely,

Rose Knox

Rose Knox
Claims Examiner

TIMOTHY L GAMRADT
1079 EAST COUNTY RD 102
WRENSHALL, MN 55797

File Number: 100478170
FF-O-_

U.S. DEPARTMENT OF LABOR

EMPLOYMENT STANDARDS ADMINISTRATION
OFFICE OF WORKERS' COMPENSATION PROGRAMS
PO BOX 8300
LONDON KY 40742-8300
Phone: (312) 596-7157

October 25, 2004

Date of Injury: 06/02/1998
Employee: Timothy Gamradt

A. ENGEBRETSON
ATTORNEY AT LAW
300 BEAL BLDG
5 NORTH 3RD AVENUE WEST
DULUTH, MN 55802

Dear Sir:

Please be advised that the office has made the following disbursements on the case of Timothy Gamradt:

| | |
|---|---|
| Bill Payment: | $42,422.33 |
| Compensation: | $156,050.85 (gross), $121,535.65 (net) |

A copy of the bill payment and compensation histories are enclosed for your reference.

At your earliest convenience, please provide us with an updated status on the third party claim.

Sincerely,

Rose Knox

ROSE KNOX
Claims Examiner

TIMOTHY L. GAMRADT
1079 EAST COUNTY RD 102
WRENSHALL, MN 55797

US DEPARTMENT OF JUSTICE
BUREAU OF PRISONS
FEDERAL CORRECTIONAL INSTITUTE
ATTN: INJURY COMP SPECIALIST
SANDSTONE, MN 55072