# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Timothy and Carla Gamradt, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Raymond L. Erickson | |
| Plaintiff, | ) | U.S. Chief Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 02-816 (JMR/RLE) |
| | ) | Date: | July 14, 2008 |
| Defense Technology Corporation of | ) | Court Reporter: | 08-33, 08-34 |
| America, | ) | Time Commenced: | 2:30 p.m. |
| | ) | Time Concluded: | 2:45 p.m. |
| Defendant. | ) | Time in Court: | 0 Hours & 15 Minutes |

Hearing on: **Status Conference**

APPEARANCES:

Plaintiff: Joseph F. Lyons-Leoni
Defendant: Steven W. Schneider

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government’s oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ Status conference.
- ☒ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ____________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☒ Written order forthcoming.

s/BAS
Judicial Law Clerk