# THE TRENTI LAW FIRM

**ATTORNEYS**
Sam A. Aluni
Paul D. Cerkvenik
Joseph Lyons-Leoni*+
Scott C. Neff ++
Tracy R. Podpeskar
J. Carver Richards
Patrick J. Roche*
Robert H. Stephenson

225 First Street North
Suite 1000
P.O. Box 958
Virginia, MN 55792
(218)749-1962
FAX (218)749-4308
E-mail (trenti@trentilaw.com)

**RETIRED**
Vernon D. Saxhaug
John A. Trenti

**LEGAL ASSISTANTS**
Barbara Shosten
Donna M. Leritz
Kristen M. Hennis
Sharon K. Frederickson

September 9, 2008

Honorable Raymond L. Erickson
United States Magistrate Judge
Room 412
United States Courthouse
515 W. 1st St.
Duluth, MN 55802

Re: Gamradt v Defense Technology Corporation of America
Civil Case # : 02 – 816(JMR/RLB)

Dear Magistrate Erickson:

For the Settlement Conference scheduled for 9-17-08 on the above matter, part of the evidence would be deployed smoke canisters or exemplary smoke grenade canisters. I believe the Marshalls may get excited if I bring them in. Therefore, I will initially leave these in my vehicle; however, I wanted to notify the Court in case the Court or the parties would eventually want to use these canisters in our settlement discussions.

If you have any questions, please give me a call.

Very truly yours,

*/s/ Joseph Leoni*

JOSEPH LEONI

JLL/ms

cc: Mr. Steve Schneider

+Civil Trial Specialist Certified by the National Board Trial Advocacy ++Real Property Law Specialist Certified by Minnesota State Bar Association
*Civil Trial Specialist Certified by the Minnesota State Bar Association