# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Timothy Gamradt and Carla Gamradt, | ) | COURT MINUTES - CIVIL<br>BEFORE: Raymond L. Erickson<br>Chief U.S. Magistrate Judge |
| Plaintiffs, | ) | |
| vs. | ) | Case No: Civ. No. 02-816 (JMR/RLE) |
| | ) | Date: September 17, 2008 |
| Defense Technology Corporation of | ) | Court Reporter: 08-44 |
| America, | ) | Time Commenced: 10:00 a.m. |
| | ) | Time Concluded: 2:35 p.m. |
| Defendant. | ) | Time in Court: 4 Hours & 35 Minutes |

Hearing on: **Settlement Conference**

## APPEARANCES:

Plaintiff: Joseph F. Lyons-Leoni
Defendant: Steven W. Schneider; Charles B. Bateman

## PROCEEDINGS:

☒ Settlement reached. Terms stated on the record.

s/Victoria L. Miller
Judicial Assistant