UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-816(JMR/RLE)

| | | |
|---|---|---|
| Timothy Gamradt, et al. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Defense Technology Corporation of America | ) | |

The Court has been advised by counsel that the above-entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 60 days.

Dated: September 22, 2008

s/James M. Rosenbaum
James M. Rosenbaum
United States District Judge